IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: January 22, 2025 |
| EVGENII SADRISLAMOV | : | VIOLATIONS: |
| | : | 18 U.S.C. § 842(a)(1) (manufacturing explosive materials – 1 count) |
| | : | 18 U.S.C. § 842(i)(1) (possession of explosives by a felon – 1 count) |
| | : | 18 U.S.C. § 842(j) (improper storage of explosives – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 4, 2024, in the Eastern District of Pennsylvania, defendant

**EVGENII SADRISLAMOV**

knowingly engaged in the business of manufacturing explosive materials, that is, illegal explosive devices constructed of cardboard and PVC tubing containing an energetic material with pyrotechnic fusing inserted into the device, and flash powder, perchlorate and chlorate explosive mixtures, without a license to do so pursuant to Chapter 40 of Title 18, United States Code.

In violation of Title 18, United States Code, Section 842(a)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 4, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EVGENII SADRISLAMOV**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed an explosive, that is: illegal explosive materials, which had been shipped and transported in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 842(i)(1).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 4, 2024, in the Eastern District of Pennsylvania, defendant

**EVGENII SADRISLAMOV**

knowingly stored explosive material not in conformity with regulations promulgated by the Attorney General, that is, storing between 75 and 100 pounds of explosive material within 380 feet of an inhabited building.

In violation of Title 18, United States Code, Section 842(j).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 842, set forth in this indictment, defendant

**EVGENII SADRISLAMOV**

shall forfeit to the United States of America any explosive materials used and intended to be used in the violation of this Section, pursuant to Title 18 U.S.C. § 844(c)(1) and 28 U.S.C. § 2461(c).

**A TRUE BILL:**

_____

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

EVGENII SADROSLAMOV

INDICTMENT

Counts
18 U.S.C. § 842(a)(1) (Manufacturing explosives – 1 count)
18 U.S.C. § 842(i)(1) (felon in possession of explosives – 1 count)
18 U.S.C. § 842(j) (improper storage of explosives – 1 count)



Bail, $_____