IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

    v. : CRIMINAL NO. 25-

Evgenii Sadrislamov :

ORDER FOR BENCH WARRANT

AND NOW, this 22nd day of January, 2025, on motion of Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE SCOTT W. REID
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 25- |
| Evgenii Sadrislamov | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 22nd day of January, 2025, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Amanda M. McCool, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


_s/Amanda M. McCool_
Amanda M. McCool
Assistant United States Attorney