IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 25-027-1** |
| | : | |
| **EVGENII SADRISLAMOV** | : | |

## **O R D E R**

**AND NOW**, this _____ day of _____, 2025, the Court being advised that defense counsel needs additional time to effectively prepare the above-captioned matter for trial, and that the Government having no objection to the defendant's motion for continuance of trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to 18, U.S.C., § 3161(h)(7)(A) it is hereby **ORDERED** that the defendant's motion for continuance of trial is **GRANTED**, and that the trial of this matter **SHALL** commence on or after _____, 2025.

BY THE COURT:

_____
**THE HONORABLE HARVEY BARTLE, III**
**Senior United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| V. | : | **CRIMINAL NUMBER 25-027-1** |
| | : | |
| | : | |
| **EVGENII SADRISLAMOV** | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

Evgenii Sadrislamov, by and through his attorney, Jeremy Isard, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully moves for a continuance of trial for the above-captioned case.

1. On January 23, 2025, Mr. Sadrislamov made his initial appearance before the Honorable Scott W. Reid pursuant to an indictment charging him manufacturing explosive materials in violation of 18 U.S.C. § 842(a)(1); possession of explosives by a felon in violation of 18 U.S.C. § 842(i)(1) and improper storage of explosives in violation of 18 U.S.C. § 842(j).

2. On January 30, 2025, Mr. Sadrislamov was arraigned on the charges and entered a plea of not guilty.

3. Trial is scheduled to begin on April 8, 2025.

4. The defense has received discovery in this case. The defense needs additional time to review the discovery materials with Mr. Sadrislamov and conduct necessary investigation and legal research. The parties have entered preliminary discussions about a non-trial disposition. More time would aid this pursuit. A continuance of not less than ninety (90) days is respectfully requested.

5. Under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves

the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial. Defense counsel agrees that all time until the next trial date would be excludable if the Court grants the instant motion. Counsel undersigned has discussed this motion with his client, and he agrees that more time is necessary in order to properly prepare this case for trial.

6. Failure to grant this request for a continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

7. Failure to grant the continuance would deny counsel an opportunity to conduct necessary investigation so that he may properly prepare this case for trial.

8. Assistant United States Attorney, Amanda M. McCool, has authorized counsel to represent in his motion that she does not oppose this application for continuance of trial.

**WHEREFORE**, for the reasons cited and in the interests of justice, we respectfully request this Court to grant a not less than ninety (90) day extension for commencement of trial and interim deadlines.

        Respectfully submitted,

        */s/ Jeremy Isard*
        JEREMY ISARD
        Assistant Federal Defender

**CERTIFICATE OF SERVICE**

      I, Jeremy Isard, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Defendant's Unopposed Motion for Continuance of Trial via the Court's Electronic Filing (ECF) system, which sent notification to Amanda M. McCool, Assistant United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106, via her email address Amanda.McCool@usdoj.gov.

                                                                */s/ Jeremy Isard*
                                                                 JEREMY ISARD
                                                                 Assistant Federal Defender

DATE:  February 28, 2025