## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 25-27-HB |
| | : | |
| | : | |
| EVGENII SADRISLAMOV | : | |

### DEFENDANT'S SENTENCING MEMORANDUM

Evgenii Sadrislamov is a 23-year-old asylum seeker from Russia whose true love in life is pyrotechnics. Because he has failed to pursue this passion in accordance with federal laws and regulations, he has been convicted in the instant possessory offense and faces possible deportation to Russia. He should be punished for his offense. But he should be punished as fireworks hobbyist who made careless decisions that endangered others, not as a terrorist or bombmaker intent on causing harm. The defense respectfully moves the Court to accept Mr. Sadrislamov's guilty plea which was entered pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B) and to impose a sentence of time-served, equivalent to a 12-month sentence. The recommended sentence is sufficient, but not greater than necessary, to meet the statutory factors outlined 18 U.S.C. § 3553(a), *United States v. Booker*, 543 U.S. 220 (2005), and its progeny.

## I.    INTRODUCTION

The facts are not in dispute. In October 2024, the Philadelphia Fire Department was called to Mr. Sadrislamov's home when neighbors noticed colored smoke emanating from the garage. Inside, firefighters found an amateur chemistry lab, complete with textbooks, bags of various powders, experimental chemical compounds, tools, and notebooks filled with formulas. Mr. Sadrislamov was not permitted to possess a subset of the chemicals in his possession because he

had a prior criminal mischief conviction in the Philadelphia Court of Common Pleas. Additionally, these chemicals were not stored to code. As Mr. Sadrislamov conveyed to the Court at his change of plea hearing, he takes full responsibility for his actions. He takes safety seriously, repeatedly submitted licensing requests to ATF (where he disclosed his prior criminal mischief conviction), and understands that strict laws govern fireworks and who can possess them. Ultimately, he understands that however much he loves pyrotechnics, it is not a passion he can pursue in the United States. And his actions in this case spell another consequence of great significance to Mr. Sadrislamov too—he may well lose the ability to remain in the United States.

Mr. Sadrislamov respectfully submits that a 12-month prison sentence—a guideline sentence consistent with the plea agreement—is a fair disposition in this case. He has been in custody since October 4, 2024, and thus asks that the Court articulate its sentence as time served.[1] He has never before served a prison sentence. Moreover, Mr. Sadrislamov tried to conduct his hobby lawfully after his criminal mischief conviction. He attended pyrotechnic conventions and applied for and obtained limited employment with a company called Pyrotecnico, through which he was paid to help put on July 4th fireworks shows in Lawncrest, PA, and Mount Holly, NJ. Exhibit A. To do this, Mr. Sadrislamov completed an ATF Form 5400.28, where he again disclosed his prior conviction. *Id.* And critically, his earlier submission of an ATF Form 5400.13/5400.16 had been denied not because of the felony conviction he disclosed but because his credit card was declined (and other technical shortcomings). Exhibit B. At this stage, however, he has no illusions

---

[1] Upon information and belief, it will take BOP weeks to formally calculate Mr. Sadrislamov's sentence if the Court does not impose a time served sentence. Sentencing is scheduled for a week shy of the 12-month mark. With Good Time, however, Mr. Sadrislamov is already beyond his release date if the Court imposes the requested sentence. If the Court is not comfortable with a time served sentence, the defense would ask for a custodial term of 12 months and one day, so Good Time applies. *See* 28 CFR § 523.20(b)(1)

about what's next. If he manages to stay in the United States, he will give up pyrotechnics. Locking him up for more than 12 months would be a custodial sentence greater than necessary.

## I.    MR. SADRISLAMOV'S PERSONAL HISTORY AND CHARACTERISTICS

Evgenii was born in 1996 in Ufa, an industrial city of about a million residents in Russia's Bashkortostan region. He is an only child. Evgenii was raised primarily by his mother, Alla, and a devoted maternal uncle, Igor. His paternal grandparents were also deeply involved in Evgenii's upbringing. Radii Sadrislamov, his grandfather, was the Chief Engineer of the Pavlovskaya Hydroelectric Station and gave Evgenii a love of computing, math, and physics. Young Evgenii worked hard in school and spent his free time pouring over coding projects, theoretical chemistry problems, and later, pyrotechnics. He grew up as an extremely detailed and precise thinker, and, perhaps somewhat asocial, he devoted himself to his experimental designs. In the attached "Biography," Exhibit C, Mr. Sadrislamov writes in novel-like detail about his early life, launching his first firework in the snowy nighttime woods, and the origins of these hyper-technical fascinations. In 2013, he graduated from Municipal Budgetary General Education Institution School No. 117 "with good grades and exemplary behavior." Exhibit D. Then, in June 2017, he completed his studies at the Ufa College of Statistics, Informatics, and Computing Technology, defending his final qualification project, titled "Contactless Current Meter" with excellent marks. Exhibit E.

Weeks earlier, Mr. Sadrislamov had obtained a visa to come to the United States. He was 20. The entire town was overjoyed. Here is a picture of Evgenii right before he went to the airport, just days after defending his final college project:



Evgenii remembers the wave of humidity that hit him on the jet bridge at Dulles. On his J-1 visa, he first worked for a pool services company with other visa exchange holders housed together in Waldorf, MD. Evgenii loved this gig; it came with a car that allowed him to explore the Washington, D.C. metro area. He was particularly captivated by the Air and Space Museum in D.C. and visited it as much as he could. Evgenii then traveled to Las Vegas, found a job as a housekeeper, and lived in a small apartment with a friend from Albania. To Evgenii, the most interesting part of Las Vegas was how the majestic fountains were timed to operate with music. He made a mental note to study this engineering feat as soon as he had the time. Before his visa expired, Mr. Sadrislamov applied for political asylum. He comes from a family of Jehovah's Witnesses. Three months prior to Evgenii's arrival in the United States, Russia banned Jehovah's Witnesses and ordered that their property be confiscated.[2]

Through Russian-language online forums, Evgenii found a cable technician job in Fort Pierce, Florida, which then took him to West Virginia and Massachusetts. He traveled. He saw the

---

[2] *See, e.g.*, https://www.hrw.org/news/2017/04/20/russia-court-bans-jehovahs-witnesses; https://en.wikipedia.org/wiki/Persecution_of_Jehovah%27s_Witnesses_in_Russia

country. Occasionally he was put up in a house with other workers but Evgenii often slept in his work vehicle. He spent a two-week stretch sleeping in a Walmart parking lot alongside Appalachian Trail "thru-hikers" and who knows, perhaps Justice Clarence Thomas.[3] He then landed a job with SL Universal, installing equipment up on cell towers. Mr. Sadrislamov applied himself, taking exams and earning certificates until he was qualified to work at height. This was a momentous occasion for him. He loved the work. It was technical, exhilarating, and he finally received a regular paycheck. Over the next few years, Evgenii would work with various telecom companies and crews. This work took him up a freezing 250-foot tower in upstate New York, to the Blueridge Mountains in Virginia, and eventually to Philadelphia.

In 2019, Mr. Sadrislamov took a vacation from his telecom work and embarked on a three-day Greyhound Bus journey to Gillette, Wyoming, where he attended Pyrotechnics Guild International ("PGI"). He was enthralled by the convention and spent most of his time in the manufacturing area, with other participants interested in the chemistry and design behind fireworks. There, he met some of his childhood idols like Ned Gorski and Thomas Rebenklau—who today write on his behalf. *See* Exhibit G and Exhibit H. He recorded short videos with them and sent them to starstruck friends back in Russian. This is Evgenii, with his mother, at PGI:

---

[3] "I prefer the RV parks. I prefer the Walmart parking lots to the beaches and things like that. There's something normal to me about it," Thomas said. https://www.businessinsider.com/clarence-thomas-harlan-crow-supreme-court-documentary-rvs-walmart-2023-4



Back home (now Philadelphia, with his mother), Evgenii got back to work climbing and installing equipment on cellphone towers. He also worked on chemical compositions and fireworks in his basement based on what he had learned at PGI. In 2020, his landlord found Evgenii's fireworks the basement of his family's rental apartment and a nearby shed and reported it to Philadelphia Police. Evgenii was arrested and pled guilty to criminal mischief, as a felony in the third degree. He was given a probation sentence.

Evgenii applied himself at work, earning many certificates and licenses over the next two years.






Still in love with pyrotechnics, he also applied for permission to work with fireworks. In January 2021, he submitted an "Application for Explosive License or Permit" to the Bureau of Alcohol, Tobacco, Firearms and Explosives, disclosing his prior conviction. Exhibit B. It was denied because the credit card payment was declined—and for other technical deficiencies. *Id.* Mr. Sadrislamov lawfully collected non-explosive chemicals and continued his study of fireworks construction. In 2024, he applied for and obtained work with Pyrotecnico. Exhibit A. He filled out more ATF paperwork and was hired to put on July 4th fireworks displays. He never heard back from ATF directly; Pyrotecnico had submitted on his behalf. *Id.* In the months after, Evgenii continued his experiments and acquired chemicals he was not permitted to possess in light of his

prior conviction. One night, while he and his mom were eating dinner in the kitchen, colored smoke seeped out of the garage. An experimental chemical composition had unexpectedly combusted. Mr. Sadrislamov was arrested, charged locally, and eventually charged in the instant case.

Mr. Sadrislamov has been in jail for the last 12 months without a single disciplinary infraction.

## III. APPLICATION OF THE REMAINING 18 U.S.C. § 3553(a) FACTORS TO MR. SADRISLAMOV'S CASE.

A careful analysis of the factors set forth in 18 U.S.C. § 3553(a)—with which the Court is eminently familiar—dictates that the most appropriate sentence in this case is a sentence of 12 months of incarceration which is equivalent to time served.

Mr. Sadrislamov's history and characteristics, as discussed above and considered in light of § 3553(a)(1), bring context and chronology to the transgression at issue in this case. Mr. Sadrislamov is far from the bomb-making mastermind prosecutors initially described. He is a lifelong fireworks enthusiast, who for all his technical rigor and admirable scientific curiosity, at times pursued his hobby with a carelessness than endangered others. He knows this. He does not minimize it. And he is deeply remorseful both for his actions and for the fear that his actions undoubtably stirred in others.

The recommended sentence also reflects the seriousness of the offense, promotes respect for the law, and provides just punishment. It is a guideline sentence. It is the only prison term Mr. Sadrislamov has ever received. He has spent the last year in the FDC minding his own business, a slender young man with only limited English. And a second punishment may well follow—expulsion from the United States.

To the extent necessary, a 12-month sentence will provide specific deterrence—indeed it has already removed Mr. Sadrislamov from the precarious environment of his own making and will ensure that he will never work with fireworks in the United States again.

Mr. Sadrislamov will continue taking maximum advantage of all educational and vocational opportunities afforded to him while in custody.

Restitution is not applicable in this case.

It is because of, not in spite of, Mr. Sadrislamov's passion for fireworks that he understands the gravity of his offense. He has only ever wanted to work in pyrotechnics. And part of professional pyrotechnics—indeed the first axiom of professional pyrotechnics—is safety. Evgenii knows he endangered his family and neighbors by storing chemicals in his home—and look what happened: a combustion he was not expecting. He let himself down—because of these actions, he cannot enter the industry of professional pyrotechnics. But this case has always been about a passionate hobbyist who was careless—and who broke the law by being careless. Not more. Evgenii has a long life ahead of him. He will find new pursuits that require precision, ingenuity, math, and experimentation. It won't be pyrotechnics.

**WHEREFORE**, the defense prays that the Court will accept the Rule 11(c)(1)(B) agreement and sentence Mr. Sadrislamov to time served.

Respectfully submitted,

_____
Jeremy Isard
Assistant Federal Defender

9

**<u>CERTIFICATE OF SERVICE</u>**

I, Jeremy Isard, Assistant Federal Defender, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of Defendant's Sentencing Memorandum, via electronically through Eastern District Clerk's Office Electronic Case Filing upon Amanda McCool Assistant United States Attorney, Suite 1250 - United States Attorney's Office, 615 Chestnut Street, Philadelphia, Pennsylvania 19106.

_____

Jeremy Isard
Assistant Federal Defender

DATE:  September 17, 2025

Exhibit A

OMB No. 1140-0072

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Explosives Employee Possessor Questionnaire

**EACH EMPLOYEE POSSESSOR MUST COMPLETE AND SIGN A SEPARATE QUESTIONNAIRE - ATF FORM 5400.28.** In the future, if you need to add an additional Employee Possessor *(EP)* to your Federal Explosives License or Permit *(FEL/P)*, the EP being added must complete a new ATF Form 5400.28. A Responsible Person *(RP)* must submit a signed written request along with a completed ATF Form 5400.28, granting permission to add a new EP to an existing FEL/P.

List any given, married, and maiden names in Item 4 *(e.g., "Mary Alice (Smith) Jones," not "Mrs. John Jones.")*. (If additional space is needed, attach a separate sheet. See Instruction 1.)

| 1. Federal Explosives Licensee or Permittee Name | 2. Federal Explosives License or Permit Number *(If being added to an existing FEL/P)* |
|---|---|
| Pyrotecnico Fireworks, // Pyrotecnico F/X LLC | 8-PA-073-23-1J-12122  //  8-BL-19-1J-12104 |

| 3. Name of Employee Possessor *(Last, First, Middle)* | 4. Aliases *(Include given, married, maiden names)* | 5. Position/Title |
|---|---|---|
| Sadrislamov    Evgenii    N/A | N/A | Technician |

| 6. Social Security Number *(Voluntary)* | 7. Date of Birth *(MM/DD/YYYY)* | 8. Place of Birth *(City & State OR Foreign Country)* |
|---|---|---|
| 201 – 93 – 1190 | 10  12  1996 | Russia |

| 9. Current Full Residential Address | 10. Mailing Address *(If different from residential address)* |
|---|---|
| 9517    Fordham Rd    Philadelphia    PA    19114 | 9517    Fordham Rd    Philadelphia    PA    19114 |

| 11. Telephone Number *(Including area code)* | 12. E-mail Address | 13. Driver's License or State ID Number *(Include State of issuance)* |
|---|---|---|
| 267    776    1347 | evgeniiusa4@gmail.com | 33629182    PA |

| 14. Previous Address(es) - *(Please provide residential history and dates for the past five years. Use additional sheet(s) if necessary.)* | 15. Sex | 16. Height | 17. Weight |
|---|---|---|---|
| 117 Nandina Street, Philadelphia,PA,19116 | ● Male / □ Female / □ Non-Binary | 6 Feet / 0 Inches | 180 (lbs) |

**20. Ethnicity**
Hispanic or Latino   □ Yes   ● No

**21. Race** *(Please check one or more boxes.)*
☒ American Indian or Alaska Native
☒ Black or African American
☒ Native Hawaiian or Other Pacific Islander
☒ Asian   ● White

**18. Eye Color**
☒ Black
● Blue
☒ Brown
☒ Gray
☒ Green
☒ Hazel
☒ Multiple
☒ Pink
☒ Other _____

**19. Hair Color**
☒ Bald
● Black
☒ Blond
☒ Brown
☒ Gray
☒ Red
☒ Sandy
☒ White
☒ Other _____

| For the following questions give full details on a separate sheet for all "Yes" answers *(See Instructions)* | Yes | No |
|---|---|---|
| 22. Have you ever been a Responsible Person or Employee Possessor for a Federal Explosives Licensee or Permittee? *(If known, please include FEL/P Name and/or Number)* _____ | ○ | ● |
| 23. Will you be or are you an employee of the FEL/P listed question 1? | ● | ○ |
| 24. Will you have actual or constructive possession of explosive materials in the course of your employment? *(See Definition 2)* | ● | ○ |
| 25. Have you ever been issued a letter of denial for your clearance to possess explosives by ATF? | ○ | ● |
| 26. Have you ever been granted Explosives Relief from Disability? *(If so, please attach a copy of the relief letter.)* | ○ | ● |
| 27. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? Or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice, and whose charge(s) have been referred to a general court-martial? | ○ | ● |
| 28. Have you ever been convicted in any court, including a military court, for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence, including probation? | ● | ○ |
| 29. Are you a fugitive from justice? | ○ | ● |
| 30. Are you an unlawful user of or addicted to marijuana, any depressant, stimulant, narcotic drug, and/or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes by state law.** | ○ | ● |
| 31. Have you ever been adjudicated as a mental defective or committed to a mental institution? | ○ | ● |

ATF Form 5400.28
Revised November 2023

| | Yes | No |
|---|---|---|
| 32. Have you been discharged from the Armed Forces under **dishonorable** conditions? | ○ | ● |

33. **Country of Citizenship**: *(Check/List more than one, if applicable.  Nationals of the United States may check U.S.A.)*

    [⊙] United States of America    [●] Other Country/Countries *(specify)*: _____ Russia _____

| | Yes | No |
|---|---|---|
| 34. Have you ever renounced your United States citizenship *(18 U.S.C. § 842(i)(7))*? | ○ | ● |
| 35. Are you an alien who has been admitted to the United States for permanent residence? *(18 U.S.C. § 842(i)(5)(A))* | ○ | ● |
| 36. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(18 U.S.C. § 842(i)(5)(B))* | ● | ○ |

37. If you are an alien, record your U.S.-Issued Alien or Admission Number *(e.g., AR, USCIS, or I-94 number)*.  **Attach supporting documentation to this questionnaire.**
*(Please note that an employment  authorization card insufficient to qualify to serve as an EP.)*: _____ A216189754 _____

38. Under the penalties imposed by 18 U.S.C. §§ 842 and 1001, I declare that I have reviewed the answers on this form and examined any related documents submitted regarding this questionnaire *(ATF Form 5400.28)*, and to the best of my knowledge and belief, they are true, correct, and complete.  This signature, when presented by a duly authorized representative of the U.S. Department of Justice, will constitute consent and authority for the appropriate U.S. Department of Justice representative to examine and obtain copies and abstracts of records, and to receive statements and information regarding my background.  Specifically, I hereby authorize the release of the following data or records to ATF: military information/records pursuant to 18 U.S.C. 842 (i)(6), medical information/records pursuant to 18 U.S.C. § 842(i)(4), police and/or criminal records.

| *Evgenii Sadrislamov* | Evgenii Sadrislamov | 07/01/2024 |
|---|---|---|
| Signature | Printed Name | Date |

*Note:  A copy of this form may be used for your renewal submission *(See instruction 2 and 3)*.  I certify, under penalties of perjury, that my answers on this form are still true, accurate and complete.

| Your Signature *(For subsequent submission)* | Date |
|---|---|
| | |

 

# EMERGENCY CONTACT FORM

## EMPLOYEE INFORMATION:

NAME: _Evgenii         Sadrislamov_

EMAIL: _evgeniiusa4@gmail.com_

PHONE NUMBER: ( _267_ ) _776_ - _1347_

## EMERGENCY CONTACT (1 OF 2):

NAME: _Alla         Bykova_

RELATIONSHIP: _Mother_

EMAIL: _bykalla7898@icloud.com_

PHONE NUMBER: ( _619_ ) _408_ - _5274_

## EMERGENCY CONTACT (2 OF 2):

NAME: _N/A         N/A_

RELATIONSHIP: _Mother_

EMAIL: _N/A_

PHONE NUMBER: ( _000_ ) _000_ - _0000_



**PYROTECNICO**

Pyrotecnico Fireworks Inc.
299 Wilson Road
New Castle PA 16101
United States

# Purchase Order

The Public Fireworks Display Site Roster included with this purchase order is to identify and communicate information on the persons permitting to be working with the Pyrotecnico Display Team. The lead display operator is responsible for completing the information on this roster report prior to beginning work at the display site. Any changes and/or additions must be made prior to the firing of the display.

This roster must be kept in a safe place designated by the lead display operator at the display site and also made available to any Federal, State, or Local Authority upon request.

This roster must be completed and returned within 5 days after firing the display.

NOTE: Absolutely no one under the age of 18 years of age is permitting to be on the Display Discharge Site. All Individuals must have an Employee Possessor on file with Pyrotecnico prior to handling fireworks. Individuals that have not completed an Employee Possessor must NOT be permitting to handle fireworks.

| **Vendor** | **Ship To** | |
|---|---|---|
| Evgenii Sadrislamov | LaPlata | **PO #:** PO-55734 |
| 9517 Fordham Rd | 6765 Hawthorne Road | **Date:** 07/08/2024 |
| Philadelphia PA 19114 | La Plata MD 20646 | **Subsidiary:** Fireworks |
| United States | United States | **Receive By:** 07/04/2024 |
| | | **Memo:** |

| Item | Project | Qty | Units | Rate | Amount |
|---|---|---|---|---|---|
| Training Fee 7/3/24 #15675 Township of Mount Holly NJ | | 1 | 1 Day | $400.00 | $400.00 |
| Per Diem | 15675 Township of Mount Holly, NJ : 240703 Mount Holly, NJ Township of | 1 | 1 Day | $45.00 | $45.00 |

| | | |
|---|---|---|
| | **Total** | **$445.00** |

1 of 1



Pyrotecnico Fireworks Inc.
299 Wilson Road
New Castle PA 16101
United States

# Purchase Order

The Public Fireworks Display Site Roster included with this purchase order is to identify and communicate information on the persons permitting to be working with the Pyrotecnico Display Team. The lead display operator is responsible for completing the information on this roster report prior to beginning work at the display site. Any changes and/or additions must be made prior to the firing of the display.

This roster must be kept in a safe place designated by the lead display operator at the display site and also made available to any Federal, State, or Local Authority upon request.

This roster must be completed and returned within 5 days after firing the display.

NOTE: Absolutely no one under the age of 18 years of age is permitting to be on the Display Discharge Site. All Individuals must have an Employee Possessor on file with Pyrotecnico prior to handling fireworks. Individuals that have not completed an Employee Possessor must NOT be permitting to handle fireworks.

**Vendor**
Evgenii Sadrislamov
9517 Fordham Rd
Philadelphia PA 19114
United States

**Ship To**
Steve Gennaoui
Pyrotecnico
1640 Garden Road
Vineland NJ 08360
United States

**PO #:** PO-56319
**Date:** 07/10/2024
**Subsidiary:** Fireworks
**Receive By:** 07/07/2024

**Memo:**

| Item | Project | Qty | Units | Rate | Amount |
|------|---------|-----|-------|------|--------|
| Labor 7/6/24 | 21166 Lawncrest 4th of July Committee : 240706 Lawncrest 4th of July Committee | 1 | | $200.00 | $200.00 |
| Training Fee 7/6/24 #21166 Lawncrest 4th of July | | 1 | 1 Day | $200.00 | $200.00 |
| | | | | **Total** | **$400.00** |

|  |  |  |  |
|---|---|---|---|
|  | Lawncrest |  |  |
| **SHOW DATE** | 7.6.24 |  |  |
| **REGION (DIST. LOCATION)** | Vineland | **CREW** | Michelle Carver |

The Public Fireworks Display Site Roster is to identify and communicate information on the persons permitting to be working with the Pyrotecnico Display Team. The lead display operator is responsible for completing the information on this roster report prior to beginning work at the display site. Any changes and/or additions must be made prior to the firing of the display.

This roster must be kept in a safe place designated by the lead display operator at the display site and also made available to any Federal, State, or Local Authority upon request.

This roster must be completed and returned within 5 days after firing the display.

**NOTE:** Absolutely no one under the age of 18 years of age is permitting to be on the Display Discharge Site. All Individuals must have an Employee Possessor on file with Pyrotecnico prior to handling fireworks. Individuals that have not completed an Employee Possessor must NOT be permitting to handle fireworks.

| Technician's LEGAL Name | Pay Rate | Per Diem - Full | Per Diem - Half | Total | |
|---|---|---|---|---|---|
| Dino Cappellari | $ 515.00 | $45.00 | | $ 560.00 | PO-53597 |
| Lyn Cappellari | $ 450.00 | $45.00 | | $ 495.00 | PO-56316 |
| Matthew Reinish | $ 550.00 | $45.00 | | $ 595.00 | PO-56317 |
| Daniel Chalker | $ 400.00 | $45.00 | | $ 445.00 | PO-56318 |
| Ev Sadrislamov (2nd Training Show) $200.00 Training Pay | $ 400.00 | | | $ 400.00 | PO-56319 |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| **Total Crew Pay** | $2,115.00 | | | $2,495.00 | |
| **Total Budgeted Pay** | $2,115.00 | | | | |

| SHOW NAME | Township of Mount Holly | | | | | | |
|---|---|---|---|---|---|---|---|
| SHOW DATE | 7/3/24 | | | | | | |
| REGION (DIST. LOC | Vineland | | CREATED BY | Michelle Carver | | | |

The Public Fireworks Display Site Roster is to identify and communicate information on the persons permitting to be working with the Pyrotecnico Display Team. The lead display operator is responsible for completing the information on this roster report prior to beginning work at the display site. Any changes and/or additions must be made prior to the firing of the display.

This roster must be kept in a safe place designated by the lead display operator at the display site and also made available to any Federal, State, or Local Authority upon request.

This roster must be completed and returned within 5 days after firing the display.

**NOTE:** Absolutely no one under the age of 18 years of age is permitting to be on the Display Discharge Site. All Individuals must have an Employee Possessor on file with Pyrotecnico prior to handling fireworks. Individuals that have not completed an Employee Possessor must NOT be permitting to handle fireworks.

| Technician's LEGAL Name | Pay Rate | Per Diem - Full | Per Diem - Half | Total | |
|---|---|---|---|---|---|
| Dino Cappellari | $ 765.00 | $45.00 | | $ 810.00 | PO-53076 |
| Brian Dayton | $ 550.00 | $45.00 | | $ 595.00 | PO-55731 |
| Edward Torres | $ 500.00 | $45.00 | | $ 545.00 | PO-55732 |
| Cannon Gale | $ 500.00 | $45.00 | | $ 545.00 | PO-55733 |
| EV Sadrislamov (First Training Show) | $ 400.00 | $45.00 | | $ 445.00 | PO_55734 |
| | $ 200.00 | $45.00 | | $ 245.00 | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| | | | | $ - | |
| **Total Crew Pay** | $2,315.00 | $2,315.00 | | $3,185.00 | |
| **Total Budgeted Pay** | $2,515.00 | | | | |

Exhibit B

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Evgenii SADRISLAMOV Explosives Possession | 25-00472 | 18 |

## SUMMARY OF EVENT:

ATF EXPLOSIVES LICENSING CENTER PAPERWORK: On November 14, 2024, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) SarahJane Serafino received ATF Explosives Licensing Center paperwork regarding Evgenii SADRISLAMOV.

## NARRATIVE:

1. On November 14, 2024, ATF SA Serafino received ATF Explosives Licensing Center paperwork regarding Evgenii SADRISLAMOV.

2. According to the documentation, SADRISLAMOV submitted an application for an ATF Explosives License or Permit, dated January 16, 2021. ATF declined the application on February 24, 2021, for multiple reasons including, a declined credit card and incomplete magazine explosive storage information. Additionally, SADRISLAMOV completed an Explosives Employee Possessor Questionnaire for Pyrotecnico Fireworks LLC, dated August 12, 2024, and indicated yes to question number 28,

    *Have you ever been convicted in any court, including a military court, for a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence, including probation?*

## ATTACHMENTS:

1. Copy of Federal Licensing System-License Registration Report for SADRISLAMOV
2. Copy of ATF Federal Explosives Licensing application for SADRISLAMOV
3. Copy of Explosives Employee Possessor Questionnaire for SADRISLAMOV

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Sarahjane Serafino | Special Agent | *[signature]* | 11/14/2024 |
| Authorized by: | Title: | Signature: | Date: |
| Patrick Finegan | Group Supervisor - Group Ii | *[signature]* | 11/14/2024 |
| Second Level Reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only



### FEDERAL LICENSING SYSTEM

### License Registration Report

| 18-OCT-2024 |
| --- |
| Time |
| 09:47:12 |

**License Number:** 8  PA  101  50  WI  03073

**Application ID:** 4290535

**Special Attention Flags**

| Application Type | Disposition | Status |
| --- | --- | --- |
| FORM 5400 | WITHDRAWN | INACTIVE |

| Add Date | Change Date | Original Issue Date | Expiration Date | Renewal Receive Date | Renewal Date |
| --- | --- | --- | --- | --- | --- |
| 02/24/2021 | 02/24/2021 | | | | |

| Inspection Date | Business Type | Wholesale Indicator | Storage |
| --- | --- | --- | --- |

| Division | Area Office |
| --- | --- |
| PHILADELPHIA | LANSDALE |

| EIN | Licensee/Permittee | Business Name |
| --- | --- | --- |
| 201931190 | SADRISLAMOV, EVGENII | |

**Voice Phone:** (772) 618-3911        **Fax Phone:**

**Premises Address**

**Street:** 2021 GORMAN ST
**City:** PHILADELPHIA        **State:** PA    **Zip Code:** 19116
**County Code:** 101  **County Name:**  PHILADELPHIA

**Mailing Address**

**Street:** 2021 GORMAN ST
**City:** PHILADELPHIA        **State:** PA    **Zip Code:** 19116

**Responsible Person**

| Status | SSN | Last Name | First Name | Middle Name | Cadency |
|---|---|---|---|---|---|
| ACTIVE | ********* | SADRISLAMOV | EVGENII | | |

| Title | INS Number | COGENT Number |
|---|---|---|
| OWNER | | |

**Street**
2021 GORMAN ST

| City | State | Zip Code | Photo Recd Date |
|---|---|---|---|
| PHILADELPHIA | PA | 19116 | |

**Email Address**

| Date of Birth | Phone Nbr | Birth State | State | State | State | State | Race | Sex | FBI Card Date |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/1996 | (772) 618-3911 | | PA | | | | WHITE | M | |

| Country of Birth | Miscellan. Nbr | UPIN | Citizenship |
|---|---|---|---|
| RUSSIAN FEDERATION | | | NON U.S. CITIZEN |

| Country of Citizenship | Non-Imgrnt Alien |
|---|---|
| RUSSIAN FEDERATION | N |

**Additional Citizenship 1**

**Additional Citizenship 2**

| Documentation Exception | 90 Days Residency |
|---|---|
| | |

| CHC Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|---|---|---|---|---|---|---|
| PENDING | | PROCEED | 01/20/2021 | 101V37F18 | | |

**Foreign Address Information Street**

| City | Country | Province | Postal Code |
|---|---|---|---|
| | | | |

| **RP Comment Date**: | 02/24/2021 | **Creator**: | SLSIMONS | **Create Date**: | 02/24/2021 07:52 AM |
|---|---|---|---|---|---|

**RP Comments**:
RP IS A NON US CITIZEN, NEEDS FPC/PHOTO AND PERM RES CARD

| NTN History | NICS Clrnce Status History | Clrnce Date History |
|---|---|---|
| 101V37F18 | PROCEED | 01/20/2021 |

For Official Use Only

## Comments

| Text | Create Date | Create Userid |
|---|---|---|
| NEW LICENSE TYPE 50<br>A REFUND OF $125.00 IS NEEDED<br>EMERGENCY # 772-618-3911<br>EMAIL: 2026795554@BK.RU<br>COVID-19<br>FORWARD TO EXAMINER | 02/24/2021 | SLSIMONS |
| LIVE VISA #2442 FOR $200.00 FORWARD TO BRITTANY | 02/24/2021 | SLSIMONS |
| LIVE VISA ADDED IN ERROR. NO LIVE PAYMENT FORWARD TO EXAMINER | 02/24/2021 | SLSIMONS |
| PREMISES ADDRESS WAS NOT PROVIDED, USED MAILING ADDRESS PLEASE VERIFY | 02/24/2021 | SLSIMONS |
| APPLICATION WAS SUBMITTED WITH SEVERAL AMENDMENTS AND A DECLNED CREDIT CARD PAYMENT. APPLICATION BEING RETURNED WITH LETTER REQUESTING AMENDMENTS AND PAYMENT TO BE SUBMITTED. | 02/24/2021 | CMSHIPMAN |

## Payments

| Control Number | Expiration Code | Transaction Code | Transaction Amount | GLA Date | Check Number |
|---|---|---|---|---|---|
| | | | | | |

## Out of Business Info

| OOB Disposition | Disposition Date | OOB Letter Date | Record Request Letter Date |
|---|---|---|---|
| WITHDRAWN ORIGINAL APPLICATION | 02/24/2021 | | |

| Record Center File Number | Date Records Obtained | Date Business Acquired | Successor's RDS |
|---|---|---|---|
| | | | |

| Condition | Volume | Successor's Name |
|---|---|---|
| | | |

## Explosives Storage Info

| Storage Type | Street | City | State | ZIP |
|---|---|---|---|---|
| | | | | |



**DEPARTMENT OF JUSTICE**



Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Martinsburg, WV 25405*

February 24, 2021

Sadrislamov, Evgenii
2021 Gorman St
Philadelphia, PA 19116

901090:MBH/CMS
5400

File Number: 8-PA-03073

Dear Sir/Madam:

We are unable to process your application for an Explosive License/Permit for the following reasons:

☒ Credit Card was declined.

☒ Only $200 is needed for a Manufactures License.

☒ Remove check marks from User permit and Limited Permit.

☒ Change total fees under Question 12 to $200.

☒ Question 22b states 10 storage magazines and the storage magazine is blank. Change answer to reflect actual storage or contingency storage. If contingency storage is applicable, you will need to submit the letter.

☒ Magazine Worksheet needs completed.

☒ We received your application without the appropriate fee. Pursuant to 27 CFR 555.47, please be advised that your credit card #2442 in the amount of $325, submitted by you as payment for a Federal Firearms License, was not the appropriate fee. Please send the fee of $200 with the completed application to ATF-FELC PO Box 6200-18 Portland, OR 97228-6200.

If you have questions regarding this letter, you may call Chanon Shipman (304)616-4436.

Sincerely,

*Marna Howard*

Marna Howard
Chief, Federal Explosives Licensing Center

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

DECLINED CREDIT CARD

1/29/21
Batch 600
Item 1

EXPLOSIVES
BNR
FEB 0 4 2021

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0070

## Application for Explosives License or Permit

**Section A** *(Must be completed by all applicants.)  Please print all information in block letters.*

FOR ATF USE ONLY

*SPA 08013*

1. Name of Applicant *(If partnership, include name of each partner)*

EVGENII SADRISLAMOV

2. Trade Name or Business Name, if any

EVGENII SADRISLAMOV

3. Employer Identification Number *(EIN)* or Social Security Number *(SSN) (Voluntary-see Privacy Act Information)*    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

4. Name of County in Which Business is Located

PA

5a. Premises Address *(No., Street, City, State, Zip Code)*

5b. Mailing Address *(If different from address in Item 5a.)*

2021 GORMAN ST,PHILADELPHIA,PA,19116

6. Location *(If no street address listed in Item 5a, provide directions and distance from nearest post office or city limits)*

2021 Gorman St, Philadelphia, PA, 19116 (office)

7. Telephone Number *(Include Area Code)*

Business    ( 772 ) 618-3911

Residence  (      )

Emergency ( 772 ) 618-3911

Fax             (      )

E-Mail Address    2026795554@BK.RU

8. Are you presently engaged in a business and/or operations for which a license or permit is required under 18 U.S.C., Chapter 40, Explosives?  *(If yes, provide date business began.)*  ☐ Yes/Date: _____    ☑ No

9. Is or will your business and/or operations be: *(Check appropriate box)*

☐ Sole Proprietor  ☐ Partnership  ☐ Corporation  ☐ Limited Liability Company  ☑ Other *(Specify)*  HOBBY L/G SHELL FIREWORKS

**10. Method of Payment** *(Check one)*

☐ Check *(Enclosed)*  ☐ Cashier's Check or Money Order *(Enclosed)*  ☑ Visa  ☐ Mastercard  ☐ American Express  ☐ Discover  ☐ Diners Club

Credit/Debit Card Number *(No dashes)*
4430480091082442

Name as Printed on the Credit/Debit Card
EVGENII SADRISLAMOV

Expiration Date *(Month & year)*
01/24

Credit/Debit Card Billing Address:

Address:
2021 GORMAN ST

City:
PHILADELPHIA

State:
PA

Zip Code:
19116

Please Complete to Ensure Payment is Credited to the Correct Application:

I am Paying the Application Fee for the Following Person, Corporation, or Partnership:

Total Application Fees:
325$

I Authorize ATF to Charge my Credit/Debit Card the Above Amount.

Signature of Cardholder

01/16/21    Date

Your credit/debit card will be charged the above stated amount upon receipt of your application.  The charge will be reflected on your credit/debit card statement.  In the event a license/permit is NOT issued, the above amount will be credited to the credit/debit card noted above.

FEB 0 4 2021

ATF E-Form 5400.13/5400.16
Revised November 2018

**Responsible Person(s) List**

11. Provide information for each individual owner, partner, and all other responsible persons *(See Definition 3)* in the trade or business operations identified in section A, block 2. List all names used by each responsible person *(i.e., nicknames, maiden name, name from previous marriage, etc.)* *(If additional space is needed use a separate sheet.)*

| Full Name *(If the individual is an alien, also provide his/her U.S.-issued alien number or admission number.)* a | Position at Business b | Social Security Number *(Voluntary - will help prevent misidentification)* c | Home Address and E-mail Address *(Include ZIP Code)* d | Telephone Numbers *(Home/Work)* e | Date of Birth *(Month/Day/Year)* *(XX/XX/XXXX)* f | Place of Birth g | Country/ Countries of Citizen- ship h | Sex i | Ethnicity j | Race *(Mark all that apply)* j |
|---|---|---|---|---|---|---|---|---|---|---|
| Evgenii Sadrislamov | Owner | 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 | 2021 Gorman St,Philadelphia,19116 | 772-618-3911 | 10/12/1996 | Russia | Russia | M | Are you Hispanic or Latino? ☐ Yes ☑ No | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islanders ☑ White |
|  |  |  |  |  |  |  |  |  | Are you Hispanic or Latino? ☐ Yes ☐ No | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islanders ☐ White |
|  |  |  |  |  |  |  |  |  | Are you Hispanic or Latino? ☐ Yes ☐ No | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islanders ☐ White |
|  |  |  |  |  |  |  |  |  | Are you Hispanic or Latino? ☐ Yes ☐ No | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islanders ☐ White |
|  |  |  |  |  |  |  |  |  | Are you Hispanic or Latino? ☐ Yes ☐ No | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islanders ☐ White |

EXPLOSIVES

FEB 0 4 2021

ATF E-Form 5400.13/5400.16
Revised November 2018

12. Application is made for an explosives license or permit under 18 U.S.C., Chapter 40, as an: *(See definitions 5 through 9)*

| Explosives License | Fee | Renewal Fee | Explosives Permit | Fee | Renewal Fee |
|---|---|---|---|---|---|
| **Manufacturer** *(Check the types of explosives you plan to manufacture:)*<br>☐ High Explosives   ☑ Low Explosives<br>☐ Theatrical Flash Powders   ☑ Fireworks<br>☐ Blasting Agents   ☐ Other (Specify) | $200 | $100 | **User of Explosives** *(Check the types of explosives you plan to use:)*<br>☐ High Explosives   ☑ Fireworks<br>☐ Blasting Agents   ☐ Other (Specify)<br>☐ Low Explosives | $100 | $50 |
| **Importer** *(Check the types of explosives you plan to import:)*<br>☐ High Explosives   ☐ Fireworks<br>☐ Blasting Agents   ☐ Other (Specify)<br>☐ Low Explosives | $200 | $100 | **Limited Permit** *(Intrastate Only)* *(Check the types of explosives you plan to use:)*<br>☐ High Explosives   ☑ Fireworks<br>☐ Blasting Agents   ☐ Other (Specify)<br>☐ Low Explosives | $25 | $12 |
| **Dealer** *(Check the types of explosives you plan to deal in:)*<br>☐ High Explosives   ☐ Low Explosives<br>☐ Blasting Agents   ☐ Fireworks<br>☐ Black Powder   ☐ Other (Specify) | $200 | $100 | EXPLOSIVES<br><br>FEB 0 4 2021 | | |
| | | | **Total Fees** | 325$ | |

13. Is a State or local license or permit required for explosive business and/or operations? *(If yes, provide license/permit numbers; if applied for license/permit but not yet obtained, provide date of application.)*   ☐ Yes/Numbers or Date _____   ☐ No

14. Is the applicant or any person named in item 11: *(ALL questions must be answered by checking the "YES" or "NO" box.)* *(Give full details on a separate sheet for all "yes" answers in item 14.)*

| | Yes | No |
|---|---|---|
| a. A fugitive from justice? | | ✔ |
| b. An unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance? | | ✔ |
| c. Under indictment or information in any court for a felony, or any crime, for which the judge could imprison that person for more than one year? *(An information is a formal accusation of a crime by a prosecutor.) (See Definition 1.)* | | ✔ |
| d. An alien in the United States? *(If "yes," attach an explanatory statement showing that the person is a lawful permanent resident or a lawful nonimmigrant or refugee/asylee.) (See Definition 2 and Exception 2.)*   ☑ **Statement Attached.** If the individual is an alien, provide the U.S.-issued alien number or admission number in item 11. | ✔ | |
| e. Presently appealing a conviction of a crime punishable by imprisonment for a term exceeding one year? *(If "yes," attach an explanatory statement showing date of conviction, court in which convicted, and court in which appeal is pending.)*   ☐ **Statement Attached.** | | ✔ |

15. Has the applicant or any person named in item 11 EVER: *(Give full details on a separate sheet for all "yes" answers in item 15.)*

| | Yes | No |
|---|---|---|
| a. Been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned that person for more than one year, even if he or she received a shorter sentence, including probation? *(See Definition 1 and Exception 1.)* | | ✔ |
| b. Been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage his or her own affairs)* or been committed to a mental institution? | | ✔ |
| c. Been discharged from the Armed Forces under **dishonorable** conditions? | | ✔ |
| d. **Renounced** his or her United States citizenship? | | ✔ |

**Section B *(Must be completed)***

16. Hours of Operation and/or Availability of Business Activity (Please provide at least one hour in which you may be contacted by ATF Personnel.)

| Time | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Open | 10:00am-8:00pm | 10:00am-8:00pm | 10:00am-8:00pm | 10:00am-8:00pm | 10:00am-8:00pm | 10:00am-8:00pm | |
| Close | 10:00am-8:00pm | 10:00am-8:00pm | 10:00am-8:00pm | 10:00am-8:00pm | 10:00am-8:00pm | 10:00am-8:00pm | |

17. Applicant's Business and/or Operation is Located in:

☐ A Commercial Building     ☐ A Residence     ☑ Other *(Specify)*   LOOKING PROPERTY

18. Applicant's Business and/or Operations Premises are:

☐ Owned ☑ A Leased/Rented* ☐ Other *(Specify)*

| 19. Does User Permit Applicant Intend to Transport Explosive Materials in Interstate or Foreign Commerce? *(If "yes," state where)* | 20. Does User Permit Applicant Intend to Purchase Explosive Materials in Interstate or Foreign Commerce? *(If "yes," state where)* |
|---|---|
| ☐ N/A  ☑ No  ☐ Yes _____ | ☐ N/A  ☑ No  ☐ Yes _____ |

21. Do you Intend to Deal in Black Powder?  Do You Have a Federal Firearms License? *(If "yes," provide the Federal firearms license number)*

☑ No ☐ Yes Federal Firearms License #: No _____

**Storage Facility Data**

Section 842(j), 18 U.S.C., provides "It shall be unlawful for any person to store any explosive material in a manner not in conformity with regulations promulgated by the Attorney General." Before applying for a license or permit, the applicant must read and be familiar with the requirements as set forth in 27 CFR, Part 555, Subpart K - STORAGE. **An application for a license will be denied if upon an investigation it is found that storage facilities are inadequate.**

22a. All of the applicant's storage facilities listed on the attached Explosives Storage Magazine Description Worksheet(s) and meet the minimum requirements as set forth in 27 CFR, Part 555, Subpart K - Storage. If "no" *i.e., storage facilities do not meet minimum requirements)* explain on separate sheet. *(See Instruction 10.)*

22b. Please indicate the total number of explosives storage magazine(s).  10 _____

22c. If the applicant has no storage facilities, provide contingency plan for unexpected surplus explosive materials by completing Explosives Storage Magazine Description Worksheet Item J. *(See Instruction 10.)*

**Section C - Certification** *(Must be completed by all applicants)*

23. Under the penalties imposed by 18 U.S.C. 844, I certify that the answers are true, correct, and complete. I also certify that I am familiar with all published State laws and local ordinances relating to explosive materials for the location in which I intend to do business. *In addition,* if the application is for a Limited Permit, I certify that I will not receive explosive materials on more than 6 separate occasions during the 12-month period for which my limited permit is valid.

| Applicant's Signature | Title | Date |
|---|---|---|
| | E.Sadrislamov | 01-16-2021 |

**For Bureau of Alcohol, Tobacco, Firearms, and Explosives Use Only**

| 24. Application is | Reason for Disapproval/Termination | |
|---|---|---|
| ☐ Approved  ☐ Withdrawn* | | |
| ☐ Disapproved*  * *(Fee will be refunded)* | | |
| Signature of Licensing Official | | Date |

EXPLOSIVES

FEB 0 4 2021

**Explosives Storage Magazine Description Worksheet**
*(Submit one for each magazine; you may photocopy for additional magazines)*

| | |
|---|---|
| Applicant name: _____ | **For ATF Use Only** |
| Magazine ID no: _____ | **Global Positioning System (GPS) Coordinates** |
| State/local explosives magazine certificate number, if any: _____ | |
| Storage magazine address: _____ | |

A. Type of magazine *(e.g., permanent, mobile/portable, indoor/outdoor, building, igloo, tunnel, dugout, box, trailer, semitrailer, or other mobile magazine):* _____

ATF Type: *(Check one)*   ☐ I   ☐ II   ☐ III   ☐ IV   ☐ V

B. Location of magazine and distance from licensed place of business and other magazine: _____

C. Distance to nearest storage magazine, regardless of ownership: _____

D. Describe terrain features, roads, structures, buildings, utilities, etc., that could be damaged if the contents of the magazine exploded: _____

E. Distance(s) between the magazine and the feature(s):
Indicate if magazine is:       ☐ Barricaded       ☐ Unbarricaded

Show distance in feet to:       Closest highway: _____       Closest inhabited bldg: _____
                                Closest passenger railway: _____

F. Materials, including thicknesses, used in construction of magazine:

Roof: _____   Top: _____   Walls: _____   Bottom: _____

Doors: _____   Floor: _____

G.
  1. Security, physical safeguards, safety equipment, and anti-theft measures: _____

  2. Locks *(Check all that apply):*   Three-point Lock ____   Mortise Locks ____   Padlocks ____

  3. If Padlocks:   Shackle Diameter: _____   No. of Tumblers: _____   Steel Hoods: Yes ____ No ____   Case-hardened: Yes ____ No ____

H. Dimensions and capacity of magazine:
   Capacity *(in pounds or number of detonators):* _____   Height: _____   Length: _____   Width: _____

I. Explosives to be stored: Quantity or Weight _____

Class:   High _____   Low _____   Blasting Agents _____   Detonators _____

J.
  1. Magazine is *(Check one):*   ☐ Owned   ☐ Borrowed   ☐ Leased   ☐ Rented   ☐ Contingency Plan

  2. Owner of magazine if borrowed, leased, rented, or on contingency: _____

  3. Address and phone number of owner: _____

K. Names and telephone numbers of persons who can open magazine for inspection: _____

EXPLOSIVES

FEB 0 4 2021

L. Special conditions, such as difficulty accessing in winter, etc.: _____

M. A plat plan must be furnished, not necessarily to scale, which will indicate, at a minimum, (1) all buildings on the premises, and (2) all magazines identified. with distances between the magazines, as well as the distances between magazines and inhabited buildings, public highways, and passenger railways.

Prepared by: _____       Date: _____
              *(Name and Title)*

ATF E-Form 5400.13/5400.16
Revised November 2018



**UNITED STATES POSTAL SERVICE** **Click-N-Ship®**

9400 1036 9930 0008 1855 07 0042 0000 0389 7 28

$4.20
US POSTAGE

**U.S. POSTAGE PAID**

01/17/2021  0 lb 3 oz         Mailed from 19116

## USPS FIRST-CLASS PKG SVC-RTL™

EVGENII SADRISLAMOV
EVGLNII CO
10610 COWDEN ST
PHILADELPHIA PA 19116-3822

**0000**

**B904**

SHIP
TO   BUREAU OF ALCOHOL, TOBACCO, FIREARMS
     FEDERAL EXPLOSIVES LICENSING CENTER
     PO BOX 620018
     PORTLAND OR 97228-6299

### USPS TRACKING #

9400 1036 9930 0008 1855 07

Electronic Rate Approved #038555749

EXPLOSIVES

FEB 0 4 2021

Bureau of Alcohol, Tobacco, Firearms and Explosives

# Explosives Employee Possessor Questionnaire

**EACH EMPLOYEE POSSESSOR MUST COMPLETE AND SIGN A SEPARATE QUESTIONNAIRE - ATF FORM 5400.28.** In the future, if you need to add an additional Employee Possessor (EP) to your Federal Explosives License or Permit *(FEL/P)*, the EP being added must complete a new ATF Form 5400.28. A Responsible Person *(RP)* must submit a signed written request along with a completed ATF Form 5400.28, granting permission to add a new EP to an existing FEL/P.

List any given, married, and maiden names in Item 4 *(e.g., "Mary Alice (Smith) Jones," not "Mrs. John Jones.").* *(If additional space is needed, attach a separate sheet. See Instruction 1.)*

| 1. Federal Explosives Licensee or Permittee Name | 2. Federal Explosives License or Permit Number *(If being added to an existing FEL/P)* |
|---|---|
| Pyrotecnico Fireworks, // Pyrotecnico F/X LLC | 8-PA-073-23-1J-12122  //  8-BL-19-1J-12104 |

| 3. Name of Employee Possessor *(Last, First, Middle)* | 4. Aliases *(Include given, married, maiden names)* | 5. Position/Title |
|---|---|---|
| Sadrislamov    Evgenii    NA | 7123 Montague St | Technician |

| 6. Social Security Number *(Voluntary)* | 7. Date of Birth *(MM/DD/YYYY)* | 8. Place of Birth *(City & State OR Foreign Country)* |
|---|---|---|
| 201 - 93 - 1190 | 10  12  1996 | Russia |

| 9. Current Full Residential Address | 10. Mailing Address *(If different from residential address)* |
|---|---|
| 7123        Montague St | 7123        Montague St |
| Philadelphia    PA    19135 | Philadelphia    PA    19135 |

| 11. Telephone Number *(Including area code)* | 12. E-mail Address | 13. Driver's License or State ID Number *(Include State of issuance)* PA |
|---|---|---|
| 267    776    1347 | evgeniiusa4@gmail.com | 33629182 |

| 14. Previous Address(es) - (Please provide residential history and dates for the past five years. Use additional sheet(s) if necessary.) | 15. Sex | 16. Height | 17. Weight | 18. Eye Color | 19. Hair Color |
|---|---|---|---|---|---|
| 9517 Fordham Rd 117 Nandina St 10610 Cowden St Philadelphia, PA 19116 | ● Male ○ Female ○ Non-Binary | 6 Feet 0 Inches | 170 (lbs) | ○ Black ● Blue ○ Brown ○ Gray ○ Green ○ Hazel ○ Multiple ○ Pink ○ Other ___ | ○ Bald ● Black ○ Blond ○ Brown ○ Gray ○ Red ○ Sandy ○ White ○ Other ___ |

**20. Ethnicity**
Hispanic or Latino   ○ Yes   ● No

**21. Race** *(Please check one or more boxes.)*
○ American Indian or Alaska Native
○ Black or African American
○ Native Hawaiian or Other Pacific Islander
○ Asian   ● White

| For the following questions give full details on a separate sheet for all "Yes" answers *(See Instructions)* | Yes | No |
|---|---|---|
| 22. Have you ever been a Responsible Person or Employee Possessor for a Federal Explosives Licensee or Permittee? *(If known, please include FEL/P Name and/or Number)* ___ | ○ | ● |
| 23. Will you be or are you an employee of the FEL/P listed question 1? | ● | ○ |
| 24. Will you have actual or constructive possession of explosive materials in the course of your employment? *(See Definition 2)* | ● | ○ |
| 25. Have you ever been issued a letter of denial for your clearance to possess explosives by ATF? | ○ | ● |
| 26. Have you ever been granted Explosives Relief from Disability? *(If so, please attach a copy of the relief letter.)* | ○ | ● |
| 27. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? Or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice, and whose charge(s) have been referred to a general court-martial? | ○ | ● |
| 28. Have you ever been convicted in any court, including a military court, for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence, including probation? | ● | ○ |
| 29. Are you a fugitive from justice? | ○ | ● |
| 30. Are you an unlawful user of or addicted to marijuana, any depressant, stimulant, narcotic drug, and/or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes by state law.** | ○ | ● |
| 31. Have you ever been adjudicated as a mental defective or committed to a mental institution? | ○ | ● |

EXPLOSIVES

AUG 29 2024

| | | |
|---|---|---|
| 32. Have you been discharged from the Armed Forces under **dishonorable** conditions? | ○ | ● |

33. **Country of Citizenship**: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*

☑ United States of America    ☑ Other Country/Countries *(specify)*: _____ Russia _____

| | Yes | No |
|---|---|---|
| 34. Have you ever renounced your United States citizenship *(18 U.S.C. § 842(i)(7))*? | ○ | ● |
| 35. Are you an alien who has been admitted to the United States for permanent residence? *(18 U.S.C. § 842(i)(5)(A))* | ○ | ● |
| 36. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(18 U.S.C. § 842(i)(5)(B))* | ● | ○ |

37. If you are an alien, record your U.S.-Issued Alien or Admission Number *(e.g., AR, USCIS, or I-94 number)*. **Attach supporting documentation to this questionnaire.** *(Please note that an employment authorization card insufficient to qualify to serve as an EP)*: _____ 216189754 _____

38. Under the penalties imposed by 18 U.S.C. §§ 842 and 1001. I declare that I have reviewed the answers on this form and examined any related documents submitted regarding this questionnaire *(ATF Form 5400.28)*. and to the best of my knowledge and belief, they are true, correct, and complete. This signature, when presented by a duly authorized representative of the U.S. Department of Justice, will constitute consent and authority for the appropriate U.S. Department of Justice representative to examine and obtain copies and abstracts of records. and to receive statements and information regarding my background. Specifically, I hereby authorize the release of the following data or records to ATF: military information/records pursuant to 18 U.S.C. 842 (i)(6). medical information records pursuant to 18 U.S.C. § 842(i)(4). police and/or criminal records.

| *Evgenii Sadrislamov* | Evgenii Sadrislamov | 08/12/2024 |
|---|---|---|
| Signature | Printed Name | Date |

*Note: A copy of this form may be used for your renewal submission *(See instruction 2 and 3)*. I certify, under penalties of perjury, that my answers on this form are still true, accurate and complete.

| Your Signature *(For subsequent submission)* | Date |
|---|---|
| | |

Exhibit C

Translated from Russian by Tatiana Hay, Certified Russian Interpreter

## Biography

I, Evgenii Sadrislamov, was born in Russia, the city of Ufa on October 23, 1996. I am an only child; I don't have any siblings. I had a grandfather and grandmother on my father's side, and since childhood, I spent all my time with them. In 2003, I started school and completed nine grades. After that, I enrolled in college, majoring in CSC (Computer Systems and Complexes). In 2017, I successfully defended my graduation project with distinction.

My hobby: pyrotechnics.

Since early childhood, I spent all my time with my grandfather. He instilled in me a passion for electronics and electrical engineering. My favorite toys growing up were a screwdriver and a hammer. My grandfather and I loved taking things apart—though putting them back together didn't always work out.

My grandfather, Radii Gaffaovich Sadrislamov, was the Chief Engineer for Electrical Measurements at the company called Bashkirenergo. The Pavlovskaya Hydroelectric Power Station was built under his leadership. He had two higher education degrees: one from MIPT (Moscow Institute of Physics and Technology), specializing in thermal protection, and another from an institute of foreign languages.

I spent my entire childhood playing with electronics. When I entered the first grade, my grandfather gave me my first computer—I was overjoyed. I constantly played on the computer and gradually began exploring the internet. Time flew by, and around 6th or 7th grade, I started learning programming. The first things I made were simple "mods" for games and scripts. I would just copy pieces of code and paste them elsewhere to see what would happen. Around the 8th grade, I participated in my first programming Olympiad, where I won first place for successfully writing a program in *Pascal.* Gradually, programming began to bore me, and I started looking for something new.

In 8th grade, I had my first chemistry class. From the very first lesson, I fell in love with chemistry. The teacher showed us various fascinating reactions that made a huge impression on me. Later, I wanted to recreate those reactions at home and began researching online. At the time, I couldn't find anything online that matched what we had seen in class, but I stumbled upon something even more interesting: an experiment titled "What happens if you mix potassium permanganate, charcoal, and sugar?" In the video, the person mixed the three ingredients, thoroughly grinding them in a mortar, then poured the mixture onto a metal plate and ignited it. The mixture burned slowly, and I was amazed—I wanted to try it myself. I followed the same steps as in the video, and it worked. I was absolutely thrilled.

I started digging deeper online for more information and discovered that this field was called "pyrotechnics." I found a lot of information and joined several online forums dedicated to pyrotechnics, where I actively participated. There, I also found literature on the subject, and the first book I read was *Entertaining Pyrotechnics* by the Ukrainian author A. V. Chuvurin. The book described many different pyrotechnic compositions and techniques for creating pyrotechnic devices. I was completely fascinated. With the money I saved from skipping school lunches, I

visited a chemical supply store for the first time to buy reagents for my experiments. As far as I remember, the first chemicals I bought were potassium nitrate, barium nitrate, sulfur, and charcoal.

I mixed potassium nitrate, sulfur, and charcoal, then granulated the mixture. After that, I put everything into a paper casing and tried to ignite it, hoping it would turn into a firecracker — but the mixture just burned. I kept trying to make a firecracker, but nothing worked. After many failed attempts, I asked on a forum what might be wrong. They explained that I wasn't grinding the components finely enough. I was advised to buy a coffee grinder and use it to grind everything properly.

After saving up more money from my school lunches, I bought my first coffee grinder and tried it out. I started grinding potassium nitrate, sulfur, and charcoal in it. The mixture started to burn much better — but still not quite right. This time, my firecracker managed to fly a little, but still didn't make the desired bang. I gave up on the firecracker idea and decided to move on from that experiment. Another video made me interested in colored flames, so I started researching the topic and found some formulas online. All the formulas were given in percentages, and I didn't understand how to mix them. So I asked my mom if she knew.

P.S. My mom was aware of my hobby and helped me a lot in the beginning.

She told me she did know, but that I would need a scale. Until then, I had been measuring everything by eye, without any scales. From that moment, I started saving money from school lunches again, and eventually I was able to buy a scale. Once I finally had it, I learned how to mix formulas according to the correct proportions. My mom explained to me that percentages meant the amount of each ingredient in grams. For example, if a formula says 60%, 20%, 20%, that means to make 100 grams of the mixture, you need to mix 60 g, 20 g, and 20 g.

<u>My first green flame composition.</u>

On the same forum, I found my first composition for a green flame — one I was extremely eager to try. The formula was: 60% barium nitrate, 20% PVC, and 20% PAM. Out of the three ingredients, I only had one — barium nitrate. On that same forum, I learned more about the other two components — PVC and PAM. It turned out that PVC was the same material used to make window frames and drainage pipes, so it wasn't hard to find. PAM, however, turned out to be an alloy of aluminum and magnesium.

<u>Getting to know PAM: how I melted aluminum.</u>

I spent a long time researching online how to properly melt aluminum. It wasn't an easy task for a 15-year-old schoolboy, especially since the only way I could get this alloy (PAM) was by making it myself. I decided to find some magnesium. For that, I went to the nearest scrap metal yard and, once again using money I had saved, I managed to buy a couple of kilograms of magnesium. The magnesium I bought turned out to be quite brittle, and I was able to break a large piece into many small ones using a regular hammer. I crushed it into smaller chunks to make it easier to weigh on the scale.

As for the aluminum — I bought it at the same scrap yard.

Using my scale, I measured out exactly 100 grams of aluminum and 100 grams of magnesium. For the melting process, I prepared a metal mug and a piece of asbestos for good thermal insulation. I got a torch ready and removed the flame spreader from the kitchen stove to make it easier to reach high temperatures. I lit the torch — the flame shot up about 20 cm high — and began heating the metal mug, into which I had already placed the 100 grams of aluminum and wrapped it in asbestos for better insulation. The mug quickly became red-hot, and the aluminum slowly started to melt. With the torch, I increased the temperature, and the process sped up. Once the aluminum had fully melted, I began to gradually add the magnesium. Since magnesium has a lower melting point than aluminum, it dissolved quickly in the molten aluminum. I stirred the alloy well using a steel rod. Once the mixing was complete, I removed the mug from the heat and started cooling it gradually under cold water, carefully covering the mass with a metal lid to prevent water from getting inside.

Once the alloy had cooled, the next step was to remove it from the steel mug. This wasn't too difficult — I used a regular hammer. I turned the mug upside down over a sheet of paper and tapped the bottom a few times. The entire solid mass fell out onto the paper. The alloy I had made turned out to be quite brittle, so I used the same hammer and my coffee grinder to crush and grind it into a fine powder. This powder was what I later used in the green flame composition.

Green flame. My favorite color.

Now I had all three ingredients: barium nitrate, PVC (which I had previously obtained using a file and old plumbing pipes), and PAM (an aluminum-magnesium alloy). I began preparing the colored flame mixture. I carefully weighed out 60 grams of barium nitrate, 20 grams of PVC, and 20 grams of PAM.

First, I mixed the barium nitrate and PVC in a coffee grinder, sifted the mixture through a mesh screen, and then added the remaining 20 grams of PAM. I sifted the entire mixture once more and poured it into a glass jar.

Testing the composition.

I took a small amount of the mixture using a knife and lit it. It burned with a pale green flame. I was incredibly happy that it worked! I showed it to my mom, and she was impressed too. That was my first experience with colored flames.

After that, I started exploring even more books and online resources, where I later learned about the process of making pyrotechnic stars.

Making dextrin: how I made glue for pyrotechnic stars.

After taking a short break and learning more, I decided I wanted to make my first colored firework. I had read that for this, you need stars — the components responsible for creating the

3

visual effects in the sky. A.V. Chuvurin's book stated that a good firework requires good glue. The description mentioned that this glue must also burn well. So, where does one get such glue? The answer is to make it yourself — from potato starch :)

The process wasn't too complicated. To make this glue, potato starch is spread in a thin layer on a baking tray and then thermally processed at around 500°F (260°C)**.** Luckily, all of this could once again be done in my mom's kitchen.

I went to the local grocery store, bought a pack of potato starch, came home, and began preparing the process by strictly following the instructions: 1. I opened the pack of starch; 2. poured it onto a baking tray in a thin layer. 3. turned on the oven; 4. put the tray in and started waiting. At first, I waited near the oven for 10 minutes, but then I got bored and went to watch a few YouTube videos — not realizing how quickly time would fly by. When I noticed a sweet, bread-like smell, I immediately realized — it was my starch. I rushed to open the oven, and instead of the precious dextrin, I was greeted by a black mass that looked more like a burnt cake :) Naturally, I was disappointed, but I decided to try again the next day, learning from my mistake: never get distracted during cooking. That was my first experience making pyrotechnic glue. I remembered it for a long time — and so did my mom, who kept reminding me of that smell.

P.S. I successfully managed to make dextrin on my third attempt, about a week after my first try.

Now it was time to put all the pieces of the puzzle together, using the knowledge I had gained, and make my first stars — and eventually, my first colored firework.

At this point, I had all the necessary ingredients, including the glue. To make colored stars, I needed to mix barium nitrate, PVC, PAM, and dextrin, gradually adding water until the mixture reached the consistency of wet river sand. I won't go into all the technical details here, but I'll add that to shape my first stars, I used a syringe with the tip cut off. With this simple tool, I was able to form nice, evenly shaped cylinders — which are exactly what stars are. The next question was: what shape should the firework be? A cylinder or a sphere? I chose a cylindrical shape, because it was much easier to make.

The cylinder.

Using a mandrel and a couple of sheets of paper, I rolled up the body of what would become my firework. I cut a few cardboard plugs with scissors to seal the cylinder. Once the casing was fully prepared, I began placing the stars along the inner edges.

***IMAGE, p.11 (Hand notes, translated and attached)***

My first firework was far from perfect — both in terms of appearance and its future performance in the sky. But I didn't get discouraged. I kept learning, reading books, and spending time on forums. The firework was ready, and a new challenge stood before me: how to launch this cylinder into the air? There were two available options: to use an ejection charge or to use a pyrotechnic motor. The first option required black powder, which was nearly impossible for a

4

15-year-old kid to get — especially in Russia. The second option was even more difficult, because it meant building a small rocket capable of lifting 60 grams — and I had zero experience in rocketry. So, once again, I turned to the forum, where I learned about a substitute for black powder. It was a chlorate/perchlorate-based composition called "*benzolift*." For that, I now needed potassium chlorate or perchlorate, and sodium benzoate.

That day, I had a lot of classes at school, and right after school I decided to rush to the chemical store on the other side of the city. My goal was to get there before it closed. And I made it! I walked up to the counter with my school backpack and asked the manager if they had potassium perchlorate and sodium benzoate. The manager said, "Give me 15 minutes — I'll check the computer." I was lucky that day — I managed to buy both perchlorate and benzoate. I left the store in a great mood.

P.S. At first, the store clerks would always ask me what I was doing with all these chemicals, but once I said they were for experiments, they stopped asking questions :)

That evening, I returned home very happy, because now I had all the ingredients I needed to make a firework. I immediately opened my favorite forum again to look up the recipe for a new pyrotechnic composition based on perchlorate, benzoate, sulfur, and charcoal.

My first ejection charge.

Now that I had everything I needed, I mixed sulfur, charcoal, and benzoate in a coffee grinder until the mixture was uniform. Separately, I mixed potassium perchlorate with dextrin, then combined all components, sifting the mixture multiple times and gradually adding water. I granulated the composition and left it to dry.

The next day, I tested it. It burned very fast — without burning through the paper. That was exactly what I needed to lift my firework into the sky.

Firework assembly and launch in the forest.

That day was quite snowy. A lot of snow had fallen in my city – the events took place close to New Year's. I began assembling, putting together everything I had prepared earlier. I took the cylinder I had made before and weighed it on a scale to know the total mass of the payload. Based on the weight of the cylinder, I calculated 20%—this was the required amount of lift charge. I weighed out that 20% and packed it into a paper cup, which I then attached to the firework. This was the final step before launch.

**IMAGE, p. 14**

Everything was ready for the launch of my first firework. I waited until night and invited my mom to watch. Together, we went to the nearby forest. I set up the mortar, burying it in the snow for good stability, placed the prepared firework into the tube, and lit the fuse, running 20–30 meters away. There was a blast, and my cylinder shot into the sky. About two seconds later, there was a pop in the sky, and I saw my green stars above. My mom and I were shocked that it

had worked. I was overflowing with emotions and talked the whole way home, telling my mom how I felt.

Finishing school. Admission to college (UKSIVT[1])

After my first firework, I took a short break—I needed to finish school and apply to college. Time flew by. I finished the 8th grade, moved on to the 9th, and started preparing for the upcoming school exams, while in my free time studying pyrotechnics theory and also programming. The year went by very quickly, and exam time arrived. I didn't do very well on the exams, but well enough to be accepted into college on a tuition-free basis. At the end of 2013, I completed all my exams, and our entire class went on a paintball outing. This event was our "graduation," the last time we all gathered as a class.

Summer 2013 began. I spent the whole summer either going on trips with my father to rivers or lakes, or I was immersed in studying programming and pyrotechnics. That summer, I hardly practiced pyrotechnics hands-on, focusing instead on learning more theory. In August, as summer was coming to an end, it was time to submit my college application. At the end of August, I submitted my documents, and the selection process began for all students applying for free education. The answer came: I had been accepted. My whole family was overjoyed.

First year of college.

My classes started in September. As for core subjects, we only needed to complete the standard school curriculum for the 10th and 11th grades. The specialized subjects would begin in the second year.

The first few weeks of college were a lot of fun, and for the first time, I experienced true student life. During those first weeks, we had a student initiation day, after which I came home very drunk. :)

For three semesters, I received a scholarship for good academic performance—about $30 when converted to dollars. The first year was very difficult: every day was packed. We had classes from 8 a.m. to 5 p.m., and sometimes even until 8 p.m. The first year weeded out many students—about 30% were expelled after the first semester. Every semester, we had to take exams, and many students paid bribes to pass.

P.S. I passed all my exams fair and square, and for that some teachers tried to make me fail!

In the summer of 2014, around June, I passed all my exams and successfully completed my first year. A lot happened during that year, but I won't go into detail—otherwise, it would take another five pages.

Second year. Core subjects. Back to my hobby—pyrotechnics.

---

[1] UKSIVT - Ufa College of Computer Science and Statistics [Translator's Note]

The second year of college began, and with it came the core subjects: engineering graphics, computer systems, programming, and electrical engineering. I enjoyed electrical engineering and programming the most.

I got along well with the instructors and constantly asked them questions after class because I was genuinely interested in these subjects. In our electrical engineering class, the teacher explained how electrical systems work and introduced us to various measuring instruments. We built different circuits on special training panels. One day, the teacher gave me an ammeter as a gift, which I later used in a project for producing chlorates. This teacher helped spark an even deeper interest in electronics for me, and I became excited to apply my knowledge in practice.

<u>Building my transformer. Winding and choosing a core. My uncle the electrician.</u>

As I mentioned earlier, I spent most of my childhood with my grandparents, but now and then my uncle, an electrician, would appear in the story. He had two degrees—one from the same college that I was attending and another from an aviation university. He helped me with this project, since he also enjoyed working with electricity and electronics. He owned a company that serviced cash registers. At home, he had a huge collection of wires and electronic devices—walking into his place felt like stepping into a full-blown laboratory. He had everything, from small radio components to a lathe.

One day I asked him to help me wind a transformer for my experiments. Using a special computer program, I calculated all the necessary parameters for my future transformer. The first thing I needed was a core. At his home, we found an old transformer from a TV, which we decided to take apart and rewind. We removed the secondary winding from the old transformer since it was designed for high voltage. I chose a new wire based on the parameters I had calculated in the program. According to those calculations, I wound 30 turns to replace the old secondary winding. It looked something like this:

**IMAGE, page 19 (Handwritten notes translated and attached)**

When I powered up my transformer for the first time, it made a terrible humming noise, which meant its efficiency was very low. This was caused by large gaps between the windings and poor insulation between the core and the coils. I removed the entire secondary winding again and added several layers of transformer paper. That fixed the issue—the humming stopped. This was my first successful transformer, and it might still be alive to this day, sitting somewhere at home.

<u>Hunting for graphite brushes. First experiments in electrochemistry.</u>

Now I had a transformer capable of delivering 8 volts and 15 amps, with a total power of about 120 watts. For my experiments, I needed graphite brushes or graphite rods. I went to the other side of town, where the trolleybus depot was located, to get these brushes. On my first try, luck was on my side—I managed to get a whole bag of graphite rods.

Everything was ready for my experiment. I filled a three-liter jar with water, dissolved about 1 kg of salt in it, connected the positive terminal to a graphite brush, and the negative terminal to a

cathode (a metal plate). On the positive terminal, I had an ammeter showing the current passing through the solution. The higher the current, the faster the process. My electrolysis setup looked roughly like this:

**IMAGE, page 21 (Handwritten notes translated and attached)**

The essence of this process was to produce chlorates. The process lasted about 10 days, during which chlorate was supposed to form. I repeated this process several times, but unfortunately, I kept failing when trying to perform the exchange reaction with potassium chloride; chlorate crystals never precipitated. The problem was a poor anode—the current passing through it was too low to produce chlorates. Whenever I used graphite brushes, the result was the same. After many attempts, I threw away all my graphite and bought my first anode coated with ruthenium/iridium and tried using it. This time, the results were clear, and I was able to easily carry out the electrolysis of potassium chloride while controlling the pH. I obtained about 300 grams of $KClO_3$. I barely used the chlorate I produced; in pyrotechnics, it was just a step toward the future production of perchlorates.

<u>Coating an MMO anode with lead dioxide for future perchlorate production.</u>

I ordered lead nitrate and copper nitrate online to prepare the anode coating using electrolysis. For this, I took the anode I had used for chlorate production and immersed it in an alcohol solution to clean and degrease the surface before applying the coating. After removing it from the alcohol, I dried the electrode.

In a separate container, I mixed lead nitrate, copper nitrate, gelatin, and added water to create the solution for coating. I handled the lead and copper nitrates very carefully, wearing a mask and gloves, since both salts are potent carcinogens. I immersed the prepped anode into the solution, connected it to the positive terminal, and connected a copper wire cathode to the negative terminal. Current passed through the solution, and α-lead dioxide began to form on the anode.

After about an hour, the process was complete, and my anode was coated with α-lead dioxide. However, for a good anode, α-coating alone was not enough; a β-coating was also needed. The process was the same but required higher voltage and current.

While the α-coating was successful, the β-coating failed: under higher voltage and current, the α-coating started to crumble. I tried for a long time to apply the coatings correctly, but ultimately, I couldn't get it right. That marked the end of my chlorides electrolysis experiments.

It was time for exams, so I had to put my hobby on hold while I prepared. When exam time came, I studied theory for my core subjects to pass quickly and return to my hobby. The exams lasted about two weeks, and I passed them all successfully. At our college, exams were held by drawing a ticket with a question, and the student had to answer it. The questions could be absolutely anything, making it a random process.

Three semesters flew by quickly, and it was time for my first course project. The course project was part of my future thesis, titled *"Contactless Current Meter."* My first course project

included a 3D model of a circuit board. Before the course project, I had final exams, majority of which I passed. I was allowed to proceed with the course project, which I successfully completed, advancing to the third year.

Third Year of College. Tying up loose ends (failed subjects).

The new academic year started on September 1st, and everyone who hadn't passed their exams the previous year had to pass them in September — otherwise, those students would be expelled. I was one of those debtors. I prepared for three weeks and successfully tied up all my loose ends from the previous year. We got new subjects again: *Digital Circuitry*, *Communication Psychology*, *Advanced Mathematics*, and others. My favorite teacher was N.B. Tyapkina, who taught *Digital Circuitry*. This subject was very difficult to pass, and many students were expelled because they couldn't pass it.

To pass Digital Circuitry, you had to understand how a microprocessor works. When I did the lab work for this subject, our task was to calculate a binary number using the correct combination of switches. N.B. Tyapkina expelled half of the group who failed her subject.

The death of my beloved uncle, the electrician.

My mom, Anna Nikolaevna Bykova, had been divorced from my dad since I was about eight years old. She fell in love with someone else and lived with him for eight years.

My uncle was an electrician, and at his home, he had a full-fledged laboratory. He owned oscilloscopes, multimeters, a lathe, and in his free time, he built various devices. Once, he even made a light-music synchronizer. Whenever he played his favorite song, the entire apartment would flash in sync with the music.

We also had a huge aquarium at home, about 200 liters, where water was constantly changed automatically using electronics. It had two powerful filters and two pumps. The main fish in the aquarium were Astronotus, which grew to the size of an adult human hand. My uncle always made sure the fish stayed healthy.

He also had a dog named Jacques. When I was little, he would always buy three portions of ice cream—one for me, one for my mom, and, of course, one for Jacques. When I was 10, my uncle gave me a rat as a gift; I was incredibly happy and loved playing with both the rat and the dog.

Diabetes. A terrible disease.

Throughout my childhood, I split my time between my uncle, with whom my mom lived, and my grandparents, where my biological father lived.

When I was with my uncle, he loved camping and would take me and my mom along. While we were outdoors, the adults constantly fished and drank vodka. I was also given a fishing rod and taught how to fish, but I didn't have the patience to sit in one spot waiting for a bite.

My favorite activity while camping was making a campfire and listening to stories by the fire. I also loved swimming in the river or lake. We lived in tents while camping. The first thing we did upon arrival was set up our sleeping area. The thing I liked least was pitching the tents—that was definitely the worst part of the whole trip for me. After building the fire, my favorite task was inflating the boat using a manual pump.

Every evening, we all gathered around the fire to eat the fish or fish soup (ukha) we had prepared during the day. Everyone around the campfire shared interesting stories from their lives, played guitar, and listened to music. My uncle's group consisted of his closest friends and family (me and my mom). He always brought along his dog — the same dog who loved ice cream and could jump on all four paws at once.

My uncle Igor was diagnosed with type I diabetes in his youth and constantly used insulin. Every time we went camping, he brought equipment to measure his blood sugar and insulin with him. While camping, if he didn't take his insulin on time, he would have diabetic attacks. At these moments, he urgently needed a dose of sugar or else he could lose consciousness. My mom was always watching over him and would give him something sweet if such a situation occurred.

Time passed, I grew older. My uncle's health worsened year by year and he started going to nature trips less often, but he tried not to show it. Eventually, his strength began to leave him, and he couldn't go to work anymore. He decided to take tests to see what was wrong. Unfortunately, the results were bad — he was diagnosed with stage two kidney failure, which required him to undergo hemodialysis. He completely stopped working and applied for disability. During this time, we survived on the money he received and the rent from an apartment he owned.

In 2014–2015, uncle Igor had his first stroke. His first stroke wasn't very serious, and he didn't even get treated in a hospital — he stayed at home. Uncle Igor underwent treatment for about six months, and after that, he was even able to get back to camping.

About a year to a year and a half after the first stroke, we started to feel at ease. Uncle Igor felt well, and the camping trips resumed. By then, I was already an adult and didn't go on these trips anymore, but my mom continued going with my uncle.

One summer, around July (I was on summer break and staying with my grandparents), my mom called me and said they were going to the countryside and that she might be unreachable for a couple of days. She went with my uncle, but two days later, she called again with bad news — Uncle Igor had suffered a second stroke.

He was rushed by ambulance to the ICU. He lay unconscious and passed away on the third day without regaining consciousness. My mom loved my uncle deeply and was devastated for a whole week. She didn't want to eat or drink and cried every day. I had never seen my mom like that before. All close friends, acquaintances, and relatives gathered to say their final goodbyes to my uncle. After his death, I stayed with my mom constantly, supporting her in every way I could. About six months passed since the funeral, and gradually my mom began to recover emotionally.

<u>Graduation from college. Fourth year.</u>

Time passed, and I completed my third year of college and enrolled in the fourth year. In the fourth year, most of the courses were finished, and only the specialized subjects related to my major remained. During this year, I had to dedicate all my efforts to writing my thesis. Exams and tests were much easier to pass, but we still had one more coursework assignment before the thesis.

Six months flew by quickly, and then our internship began. Our task was to find a place to complete the internship on our own. Some acquaintances of my father helped me, and I did my internship at a school where I repaired computers. The internship lasted about two weeks, and every day I wrote reports about my work. At the end of the internship, I was given a certificate with an official stamp confirming its completion.

I reported my internship completion to college and was allowed to proceed to my coursework project, which I also successfully completed.

<u>Work and Travel Program. How I got my visa to the USA.</u>

In the winter of 2017, I first saw an announcement at college about a unique opportunity to visit the USA. The program description spoke about the chance to spend the whole summer in the USA, working and gaining new experience. Since childhood, my dream was to visit the USA because I grew up watching American cartoons and movies. I told my whole family about my desire to visit the USA. My entire family supported me, and my grandfather was the main sponsor. Together, we raised $2,500 for my trip to the USA, and in spring 2017, I applied for a Y1 visa, which was soon approved after the interview. I was incredibly happy and boasted to everyone that I was going to America soon. Time passed, my studies were nearing completion, and I had to write my thesis. I constantly thought about the trip but continued working on my diploma.

<u>My Thesis: "Contactless Current Meter."</u>

Our diploma instructor distributed topics for the upcoming theses, and mine was "Contactless Current Meter." I needed to design and write documentation for this project. I found similar projects on the internet and, based on them, began designing a printed circuit board (PCB) in Compass 3D. Once the board was designed, my task was to draw the traces in P-CAD. All of this had to be integrated into the documentation and a practical prototype—a device—had to be made. I described every practical operation in my project, and the instructor checked the documentation for compliance with technical standards, providing feedback on what needed to be corrected or added.

In summer 2017, I had to submit my graduate project, and my trip to the USA was scheduled for June 18. This was incredibly stressful for me: if I didn't submit the thesis, I would lose my diploma or miss my trip to the USA. I had one chance to both defend my diploma and go to the USA. The diploma defense was scheduled 3–4 days before my flight. Until then, I studied my thesis presentation from morning till night. I worked very hard, and like in a fairy tale,

11

everything went perfectly. Literally three days before departure, I successfully defended my thesis with an excellent grade and flew from Ufa to Moscow by plane on the night of June 16.

Arrival in the USA. My first day in America. Washington, DC.

On June 18, 2017, I arrived in the USA, in Washington, DC. I successfully passed through immigration control and stepped out of the airport. It was the height of summer, and Washington, DC was very hot. Exhausted from the flight, I got on the first bus I saw, and for the first time, I started talking with some Americans. By the end of the conversation, I found out that it was actually a bus for students, and it took us to a dorm. I apologized to the driver and got off because I initially thought it was a city bus. After getting off, I started looking for the address I needed and the route to get there using the GPS on my phone. While searching, I got lost a few times but also saw some local sights. By the evening, I finally reached the address where I was supposed to work. It was a pool service company. The manager greeted me, and I met the other program participants—guys from Turkey, Albania, China, and one other guy from Russia, like me.

We were all housed in one house, from which we were picked up daily for work. Our supervisor drove us to different pools, where we received training on lifeguarding. We were also taught other tasks like measuring the water's pH, cleaning the pools, logging our work, and so on. The training lasted about two weeks, after which we received lifeguard certification. After the training, the supervisor gave us a car so we could drive ourselves to work and explore Washington, DC in our free time. We were living in Waldorf, MD. Our work schedule was Monday to Friday, with weekends off.

Trip to Washington, DC. A sightseeing tour.

One weekend, our whole team decided to chip in for gas and go explore Washington, DC. We arrived in the heart of the city and spent the whole day walking around. I was incredibly impressed when I saw the Capitol, the Memorial, many different monuments, and museums. One of the museums we visited was the Air and Space Museum, which amazed me the most. There, I saw a lot of exhibits related to space and aviation.

Summer 2017 flew by quickly, and soon it was time to leave. We still had a bit of time left in the US before our visas expired, so everyone went their separate ways to explore different states. I, another guy from Russia, and a guy from Albania decided to fly to Las Vegas. The Turkish guys decided to go to Florida, Miami.

I arrived in Las Vegas, and the city simply blew me away. Slot machines were everywhere, even at the airport. In Las Vegas, I found a job as a housekeeper in the Henderson area. I lived in an apartment complex with my friend from Albania. After a month, he flew away and borrowed $500 from me—which I never saw again! :)

I kept working as a housekeeper for about two more months, occasionally going downtown. The first time I visited downtown, I was shocked by the number of casinos. The city looked incredibly beautiful at night. What impressed me most were the fountains that shot water in sync

with music. My workplace was about 15 minutes away from my apartment, and I usually walked there. I liked where I lived, but soon I was fired without explanation and had to urgently look for a new job.

Unfortunately, at that time I didn't have a work permit (though I had already applied for political asylum). Nobody wanted to hire me in Las Vegas anymore, so I started looking for jobs on Russian-language social networks. I was lucky to find a job in the telecom sector, specifically installing cable internet in people's homes. The job was in Fort Pierce, Florida. I called the number in the ad, spoke to Maxim, who explained the terms. I agreed and had to fly to Florida because they didn't have contracts in Nevada. A couple of weeks later, I flew to Florida, and Maxim put me up in an apartment with his supervisor for a while.

My first experience working as a cable technician.

During the first two weeks, I was told that I had to learn the job, and the company wouldn't pay me during training. Payment would only start once I could work independently. While I was training, my debts just kept piling up, but I planned to pay them off as soon as I started getting paid.

I worked for over a month but never got paid. By the end of the month, I had only managed to pay off some debts, and then the company fired me. They left me stranded in West Virginia without money or food. I slept in a car. Later, they told me I had to return the car to Massachusetts. They sent me some gas money, and I drove to Massachusetts. They let me stay in a house for a while and said I might have a second chance.

In Massachusetts, I actually started working and even got paid. I worked for about a month until I wrecked the work vehicle. I had poor driving experience—I had never driven a car in Russia before. Maxim, my boss, was very angry and fired me for good after that. I was once again left without money and kicked out of the house where I lived. However, one of the technicians living with us, Kostya from Belarus, decided to help me. He gave me his car, and I lived in it for about two weeks parked at a Walmart. Kostya even gave me $20 so I wouldn't starve. At that moment, he saved my life.

I lived in the car and kept looking for jobs everywhere I could. Then I found an ad from a company called SL Universal, which was hiring technicians to work on cell towers with good pay.

Working on cell towers. My first company.

I called the number from the advertisement, and they asked me what experience I had and whether I was afraid of heights. I replied that I had worked as a housekeeper and also as a cable technician at a company called MPEG Communications. The name of the boss I spoke with was Stepan. He also asked me where I was located. I answered that I was in Massachusetts and that I couldn't travel anywhere because I didn't have my own car. He said it was not a problem, and that his brother worked right there in Massachusetts and could pick me up. I gave him the address where I was staying, and his brother did indeed pick me up the next day.

13

Stepan's brother, Andrey, came to get me, and we went to our first construction site — the tower. On the way, I asked Andrey everything about the new job. When we arrived at the site, I was given a hard hat, gloves, and goggles. I was also introduced to my new boss — Alexander Guretsky. He was my foreman and assigned me tasks. Andrey was just acting as a supervisor.

My first tasks were very simple, like counting the number of cables, printing labels, and so on. I learned very quickly, and after just three days, I climbed the tower for the first time. They explained to me how to install equipment: antennas, radios, and so forth. They showed me how to connect the Raycap, how to hang the load lift on the tower, and explained the safety procedures. I understood the general principles of the work within about a month, and my pay was raised from $150 per day to $170. In this company, I was paid honestly and on time via paychecks. Both my bosses and I were satisfied, and they scheduled a certification day to officially hire me.

Training, exams and new certificatios. One of the most dangerous jobs in the world!

On the appointed day, I was sent to the main office of SL Universal, where the boss Stepan started our training by saying that our job is the most dangerous in the world, and that those who change a lightbulb on a 1600-foot tower get paid up to $15,000! Clearly, as it later turned out, SL Universal splits that money between four people and you have to work at least two weeks for it.

I wasn't alone at the training — there was a whole group of approximately six people. Stepan gave us a lecture, after which we had to pass a written test and a practical exercise on rescuing a person in case of an emergency on the tower. I and a few others passed, and we were sent to hotels because the next day we had to be on the site.

I went back to work with Alexander, but now at a new site, where they showed me the entire basic workflow from the start. Foreman Alexander gave instructions to two other people for assembling mounts for antennas and radios. In the first few days, following instructions, our crew successfully prepared all the equipment for hoisting to the tower and subsequent installation. On the third day, we began lifting equipment, but I wasn't allowed to go up yet; I just helped the foreman from the ground. My job was simply to raise the load for those working at the top and assist Alexander. This day was the most important because the team had to remove the old equipment and connect the new one. That day we worked on site from morning until late at night. Very tired, we finally arrived at the hotel around 10 pm and went to sleep.

The next day, after all the equipment had been lifted, the system needed to be started and errors corrected. That day I was allowed to work at height and helped the crew fix errors, also handing out the necessary tools as an assistant. When all the errors were fixed, our task was to secure the cables so that nothing was hanging loose. This work took about three more days. By the seventh day, our crew had finished all the work at height and began work on the ground. Usually, there is less work on the ground and it takes about two days. The ground work was similar to the work at height: the task was to connect and run electrical cables, install cabinets, and ground equipment. By the ninth day, the crew usually finished the site, and the main task was to take all the necessary photos and complete the audit. It usually took about two more days to take photos and

three days to complete the audit and fix any issues (punch list). By the 14th day, we usually finished the site and moved on to a new one.

<u>Change of the crew and my relocation to upstate New York.</u>

I worked with Alexander Guretsky on 3-4 sites. After that I was sent to work in a new crew in upstate New York. My new boss was Vova, he was brand new; and since I was more experienced, I helped him by advising what needed to be done on the ground.

We arrived in upstate New York in the winter of 2018. When I got to the site, the snow was knee-deep and it was very cold — about -15 °C on the ground, and when you climb up, it felt like -30 °C. Fortunately, the company issued us special work clothes and coveralls suitable for those temperatures.

The towers in this state were very tall, and our tower was 250 feet. When I climbed up there, my hands were already numb from the cold. During work, I couldn't feel my legs or fingers on my hands, even though I wore warm gloves. Our crew had to remove old dishes, secure cables, and connect the Squid. Once again, we worked until late at night.

<u>Meeting my future best friend, Sergey Katasonov.</u>

After work, we again rented a hotel for our crew where we stayed until the site was completed. We had a good hotel with a bathtub, and every day we soaked in it to get warm. Sergey Katasonov was in our crew; he liked to drink a bottle of vodka after work and brought a lot of cheer to our crew. He constantly set the work pace, which helped the job get done quite quickly. I quickly became friends with Sergey, and we worked together up on the tower, essentially helping each other. Sergey was a specialist in working with heavy metal structures, and I did all the work related to connections and cable routing on the tower. Sergey was also quite knowledgeable about safety techniques and kept an eye on me and other team members when we worked at height. I learned a lot from working with Sergey: how to assemble metal structures, safety techniques, and how to properly and safely lower and lift loads.

P.S. Sergey Katasonov and I started our own team and were among the best subcontractors at Jacobs.

<u>My grandfather and grandmother.</u>

I loved my paternal grandfather and grandmother very much. They were the main sponsors of my trip to the USA. You can say that my grandfather from early on replaced my biological father for me, and I spent a lot of time with him. He constantly gave me pocket money, which I either saved or spent on sweets. I always helped my grandfather: went to the store, looked after his health. When my grandfather gave me a computer, I taught him how to play his favorite songs on it; his favorite music was Frank Sinatra and *Besame Mucho*. Grandfather told me many stories from his life, which I loved listening to. One of my favorite stories was about his trip to Bulgaria with his friend; he also loved to talk about the war, how he escaped by fleeing to Ufa from

15

Chișinău. He also told me a lot about his work: how he built a hydroelectric power station and how he saved a Siemens turbine that almost fell out of the airplane transporting it.

Trips to the holiday resort with my grandfather.

When I was little, my grandfather and I used to go to a holiday resort. He got tickets there through connections because he worked at Bashkirenergo, a company that took care of its employees by giving tickets at half price. These resorts belonged to Bashkirenergo. The company had two: one close to the city and the other farther away. I visited both resorts, but I liked the one farther away the most. There, my grandfather even gave me a tour of the hydroelectric power station (HPS).

Tour of the HPS built by my grandfather, Radii Gaffaovich Sadrislamov.

Early in the morning, we arrived by ferry at the Pavlovskaya HPS. Before we even docked, the workers were already looking out for us. They all knew my grandfather. When we docked, the director of the Pavlovskaya HPS greeted my grandfather. Together we immediately went to the elevator, where I descended for the first time to the very bottom of the HPS, which was 10 meters deep.

The place immediately reminded me of a basement. It was very damp, and in some places, water was dripping from above. It was a little scary but very interesting. The basement gradually turned into an office space, with computers and a large team of workers who stood up and greeted my grandfather when they saw him. My grandfather knew the older staff personally since they had worked together.

The office spaces ended, and the building transitioned back into a basement, where it was damp and there was water on the floor. We arrived at the room where the main turbines were located, generating electricity for the entire city. This was the last room the HPS director could show us because our ferry was scheduled to depart. We quickly said goodbye to everyone and went back to the resort, where we were picked up. This tour really impressed me, and I talked with my grandfather about our trip all the way back.

We returned to the resort, and I ran to the beach while my grandfather went to sleep. There were many fun things to do at the resort: I loved swimming in the river, looking for hedgehogs in the forest, going to the sauna, and playing billiards. I also made friends there, and we often played table tennis. In the evening, kids and adults liked to gather around the campfire and tell stories. We were always cooking something by the fire and the adults drank vodka while telling us their stories. Two weeks passed, and we went back home.

My grandfather's heart attack. Intensive care.

In 2009, my grandfather turned 80, and our whole family celebrated his anniversary. My grandmother prepared a festive table for him, and my grandfather, of course, enjoyed having a couple of shots of vodka. He had never had any heart problems before, felt great, and even regularly went to the sauna. However, he often argued with my grandmother, and sometimes

16

their fights escalated to the point of physical altercations. After a conflict, they would usually calm down and stay in their separate rooms, and a couple of days later they would make up again. This went on for many years, mostly because my grandfather had cheated on my grandmother many times when they were young, yet she still loved him very much. I usually stayed with my grandparents in the summer, and sometimes in the winter. During winter, I went to a school that was closer to my mom's place, so I lived with her and my uncle Igor.

One winter day, I was at my mom's and decided to call my grandfather to ask how he was feeling. When I called, my father picked up and told me that my grandfather had suffered a heart attack and had been taken by ambulance to intensive care. My grandfather lay unconscious for three days. I prayed for him every day, and he survived. On the fourth day, he regained consciousness, and I was overjoyed. Of course, he spent another month in the hospital recovering, and I visited him regularly, bringing him delicious food prepared by my grandmother. After a month, he was discharged and continued treatment at home. After that, I constantly monitored his health and made sure he took all his medications.

In the summer of 2017, before I left, I said goodbye to my grandparents for the last time. In 2018, while I was working, I received devastating news: my grandfather had died at the age of 89. I was in shock and even cried. It was an incredibly painful blow—my grandfather, who had essentially replaced my father, was gone. I also cried because I couldn't be there to say my final goodbye. At his funeral, the entire staff of Bashkirenergo was present, including all the management, and even some new, young managers who had only recently started working there. That day, we finished work and drove from New York to Philadelphia. On the way home, I bought a bottle of my grandfather's favorite Hennessy cognac and drank to his memory.

Sergey Katasanov starts a company, and we become Jacobs subcontractors.

After working for a couple of years at SL Universal and gaining a full understanding of the job, Sergey Katasanov and I decided to start our own company and work directly with Jacobs. We always did the work ourselves so we could keep all the money from the projects. Sergey only hired extra workers when help was needed with metal installation (2–3 days); the rest of the time, it was just the two of us. Sergey handled the metal installation, and I connected all the equipment, pulled cables, and did the configuration. Most of our jobs were in the states of WV and VA. When COVID-19 started, no one had work, but we continued receiving projects because Jacobs really appreciated the quality of our work. A few times, the construction manager even wrote positive letters about us. We built more than 20 major projects in different states. With each project we completed, Sergey, as the crew lead, began receiving more complex and higher-budget assignments. The years 2018 and 2019 flew by quickly. Around 2019–2020, Sergey hired another worker who turned out to be a severe drug addict, and later got Sergey hooked on drugs as well. Our team fell apart. We stopped getting projects, and Sergey spent his entire paycheck on drugs. I had to urgently look for a new place to work.

I got hired by Ismail, who also worked with Jacobs. I worked with him for about six months. The two of us also did our own work, and the jobs were simpler. We did troubleshooting—basically, fixing small issues on sites. Then, for some reason, Ismail hired the same worker who had ruined our business with Sergey Katasanov. Almost the same thing happened to Ismail's company: he

got hooked on drugs too, and eventually fired me. They also tried to get me into drugs, but I didn't fall for it. Ultimately, Ismail fired me, and I drifted from company to company, earning just enough to get by. In 2020, I got a job in the office at Black Tower Group. I worked in the office for about 2–3 months, but they paid very little, $15 an hour. I was planning to go back to field work. At that time, my former colleague Anton found some troubleshooting projects that paid well, and we went out to job sites where, over two weeks, we earned $10,000—around $5,000 each. At that point, Anton decided he had made enough money and went to Miami, where he rented an apartment. I tried to talk him out of it because I didn't want to lose the work, but he didn't listen. As a result, we lost those contracts.

2019, my trip to PGI.

In August 2019, I took a vacation from work to attend PGI (Pyrotechnics Guild International). Visiting PGI had been a dream of mine because I've always loved fireworks. I bought the tickets and a membership through the official website, PGI.org. When I went for the first time, I didn't know anything at all, but I met one of the other attendees (Anthony Bova) in a general discussion group. It was his first time going to PGI as well, and since he was American, he had no problem figuring out the logistics of the trip and he helped me a lot. I bought a Greyhound ticket and headed to Gillette, Wyoming – the future location of PGI.

The Greyhound trip to Gillette took about three days, and along the way, I had a chance to travel and see America. On the third day, when I arrived, the first thing I did was check into a hotel. That was a day before PGI officially started. On the fourth day, with the help of Anthony Bova, I managed to get to the event location, and registration for attendees began. I was incredibly impressed with everything that was going on. The first day passed quickly, and there were still only a few participants on site. Not much happened that day. On the second day, once everyone had registered, different areas of PGI started to open up: Ground Salute, Rockets, B-line, C-line, and so on. That same day, the Manufacturing Area opened – my absolute favorite place.

As soon as I walked in, I started looking for my idols: Ned Gorski and Thomas Rebenklau (TR). I had known about them since I was in Russia, long before ever planning a trip to PGI. And now I had the chance to see them in person. When I saw Ned Gorski, I was completely blown away. I told him that he was very popular in Russia and that everyone watches his YouTube videos with his tutorials on how to make fireworks. Later, I also met Tom – he was the Rocket Master – and he is well known in Russia, too. I spent a long time talking with Ned Gorski. He asked me a lot of questions: how I found out about PGI, how long I've been living in the US, and so on. He even allowed me to work with him at his table. I was beyond thrilled — I was preparing and assembling fireworks with a Grandmaster at PGI. Then I called my pyro friends from Russia and showed them on video chat via WhatsApp where I was and who I was with. They were freaking out! :) They started asking questions via WhatsApp, which I translated and passed along to Ned Gorski. I recorded a short interview with Ned. Then I interviewed Thomas Rebenklau as well. He also shared a lot of interesting stories with my Russian friends. After the interviews, I left the Manufacturing Area and went to Chemical Sales, where I bought some chemicals to finish the fireworks I had started building.

I really loved making aerial shell fireworks, so I spent the whole day preparing stars and burst charge compositions. When I finished working on the fireworks, everything we had prepared during the day had to be turned in to a special Magazine, where it was stored until the next day. As we left the Manufacturing area, we also cleaned our safety glasses. Evening was approaching, and the first fireworks began. At first, participants were mostly launching fireworks at the C-line, then came launches at the B-line and the Rocket line. What I was most excited to see were Thomas Rebenklau's rockets. He is the best pyrotechnic rocket master, and his videos on YouTube get thousands of views. Unfortunately, he didn't launch anything that day/night. His rocket launches were scheduled for another day. After the night launches, we all gathered for the evening Afterglow, where we had hot dogs and drank beer.

The next day, I spent less time in Manufacturing. I was curious to walk around and see what souvenirs I might want to buy. I bought a PGI 50th Anniversary T-shirt and a PGI 50th Anniversary chair. I loved browsing the souvenir market – old-fashioned fireworks, and the tool market was also very interesting.

Evening came, and a fireworks show was scheduled for that night. The best pyrotechnic companies put on musical fireworks displays. Companies such as Grucci Fireworks, Rozzi Fireworks, Mom's Pyrotechnics, and others participated in the show. After the professional displays, there were competitions among PGI members for the best fireworks in different categories: aerial shells (3"–12"), rockets (3/4"–1.5"), herbs, girandolas, and more. There were also competitions among kids in the same categories, except the firework sizes were limited to 4".

The week flew by, and on the final days – either Thursday or Friday – Thomas Rebenklau launched his best rockets, which he had been working on for a whole year. Seeing his work was incredible. Each of his rockets was a true work of art, built with incredible precision. I had never seen anything like it before. Ned also presented his two amazing 12" projects, which recreated, with stunning accuracy, the design from our PGI 50th Anniversary T-shirts in the sky. I was in awe of the work of the PGI grandmasters – Ned Gorski and Thomas Rebenklau. I dreamed of also becoming a grandmaster at PGI, and in order to do that, I set a goal for myself: to create a firework that no one else could ever replicate. This effect is called the *Japanese Ghost Shell*.

The challenge of this effect lies in the smooth color shift from one side to the other. The layers of pyrotechnic composition must be applied with extreme precision and burn at the same rate. After PGI 2019, I constantly worked on my star rolling skills to achieve perfection in color transitions. I experimented with various existing compositions, but none of them gave me the result I needed. I began studying "Calculation of Pyrotechnic Compositions" and, using Metlab and special formulas, worked to achieve perfection in color and burn rate of the stars.

At the same time, I was also working on glitter compositions, which have two burn phases: Light and Dark. During the Light phase, the star emits light; during the Dark phase, it emits nothing. The intensity of the Light and Dark phase switching is measured in Hz, and the higher the frequency, the faster the star blinks in the sky.

Exhibit D



Republic of Bashkortostan
Department of Education of the
Administration of the Urban District of the
City of Ufa
Municipal Budgetary General Education
Institution "School No. 117 with In-Depth
Study of Foreign Languages"
Urban District of the City of Ufa

450058, Ufa, 50 Let SSSR Street, Building 10
Tel/fax: (347) 223-23-26
E-mail: sch117ufa@mail.ru

_____

**Character Reference for the Graduate of MBGEI "School No. 117" of the Urban District of the City of Ufa, RB — Evgenii Igorevich Sadrislamov, DOB October 12, 1996, residing at: Ufa, R. Zorge Street, Building 28/1, Apartment 28.**

Evgenii Sadrislamov studied at Municipal Budgetary General Education Institution "School No. 117" of the city of Ufa. In 2013, he completed his studies and received a Certificate of Basic General Education with good grades and exemplary behavior. Throughout his years of study, Evgenii proved to be a friendly and responsive student who treated teachers and classmates with respect. He actively participated in the social life of the school and his class, contributed during school clean-up days and worked in the summer work camp. He attended additional classes in Computer Science and Chemistry, and was a winner in the district KRIT competition in the category "Applied Program." He received multiple certificates of recognition. His favorite subjects at school were Chemistry, Computer Science, and Geography.

Evgenii has a peaceful and even-tempered personality. Throughout all the years of his education, he was never placed on any school or external behavioral supervision.

He was raised in an intact family. His mother, Anna Nikolaevna Bykova, regularly attended parent-teacher meetings, showed a strong interest in her son's academic progress and behavior, and actively participated in the life of the school and class.

Principal of MBGEI "School No. 117"            [Signed]            O.V. Belous

Deputy Principal for Student Affairs            [Signed]            S.S. Gizatullina

OFFICIAL SEAL

Exhibit E

State Budgetary Vocational College
Ufa College of Statistics, Informatics, and Computing
Technology (UKSVIT)
Department of Informatics and Computer Technology
Full-Time Program

## CHARACTER REFERENCE FOR A GRADUATE OF

## SBVS UKSVIT

### Evgenii Igorevich Sadrislamov

Evgenii Igorevich Sadrislamov, born in 1996, enrolled in the State Vocational College of Statistics, Informatics, and Computing Technology (UKSVIT), full-time program, in September 2013, with specialty № 09.02.01 «Computer Systems and Complexes», and remained enrolled until June 2017 as part of group 4KSK-2.

During his studies, Evgenii had low academic performance in core subjects. He was active in classes and showed interest in specialized subjects. His average grade point was 3.42 [in a 5-point grading system].

His final qualification project, titled "Contactless Current Meter," was defended with a grade of 5 (excellent).

Evgenii is well-mannered and friendly; he responds calmly and without aggression to criticism. He is independent and maintains fairly smooth relationships within the group. He is sociable and polite with teachers and fellow students. He has a sense of self-worth and can stand up for himself. His behavior is socially acceptable, with no tendency to break rules or discipline.

Overall, Evgenii has proven himself to be a diligent student—attentive, responsive, and willing to help others. He is socially adapted and has his own opinions on many issues. He is respected within the group.

Head of the Department of Informatics
and Computer Technology            [Signed]            Karimova R.F.

Group Advisor                      [Signed]            Tyapkina N.B.

OFFICIAL SEAL

May 27, 2017

THIS IS A TRUE COPY
January 14, 2021
Official: dispatcher
[signed]  E.A. Duisenova

Exhibit F

Hello! My name is Chkalin Anton Sergeevich. I am 30 years old. This message is in support of Evgeniy Sadrislamov. As I understand it, you need a brief description. I have known Evgeniy for a very long time, not directly of course. It is difficult to say how many years... somewhere since finishing school. We communicated and not too little and not too often on the Internet. On YouTube, I saw a news summary where he was, completely unfairly, dubbed a terrorist. Evgeniy is a simple and good guy. During correspondence, he did not cause a negative attitude towards himself. He was always open, passionate about his hobby - Pyrotechnology. I emphasize, peaceful pyrotechnics. He never said that he was going to blow up something or someone. It is nonsense to call him a terrorist. Of course, he can be naive, frivolous and a little improvident, since the experiments he has been conducting recently with pyrotechnic compositions of colored strobe lights based on the composition of Takeo Shimizu. He wanted to study the capabilities of nitrate and perchlorate color strobes in more depth, and this is not easy. Many people warned him, including me, that he needed to be careful with these experimental strobe compositions, since they quite well have the property of spontaneous combustion, especially those he made on magnesium and magnalium mixed with ammonium perchlorate in the presence and absence of potassium dichromate in the mixture, which passivates magnesium so that it does not oxidize in the composition of stars. I want to draw your attention to the fact that his most capricious experimental pyrotechnic compositions were blue perchlorate strobes. Copper salts color the flame blue. The problem with copper salts in a composition with ammonium perchlorate is that almost all of them are catalysts for the combustion of pyrotechnic compositions, that is, they accelerate combustion. Not only that. The vast majority of copper salts react chemically with metals and oxidizers, which I assume was the cause of the fire in his house.

I also want to draw attention to the amount of reagents that he purchased and stored in his workshop. Yes, he bragged and showed his huge reserves, to which I told him that there is no need to store and purchase reagents in such quantities. Firstly, these are unnecessary problems in terms of zoning (distribution of space for the work area, storage area, etc.), which is simply not safe for himself, considering that he was renting a place. Secondly, I told him that if something suddenly happens and you are searched, they will not understand that you are just a pyrotechnics enthusiast. He waved it off, saying, "Oh, don't worry, everything will be fine."

Evgeny knows the principles of chemistry and pyrotechnological processes quite well, but far from excellent. As I already said, he was rather naive and frivolous about the process, about the recommendations of many pyrotechnicians (he was happy and full of ideas like a child). He is not a villain, he just should have been more serious and responsible in this

hobby.

I want to add this. It just so happened, but all pyrotechnicians, both beginners and professionals, have failures. This probability is always there. (human factor). We cannot always take into account and foresee everything, as well as take into account our emotional state and health. Accidents happen in the aggregate of factors. This case is just one of them. Please take into account all of the above. That's all I have.

And Evgeny, good luck! We haven't forgotten you!

Exhibit G

Hello Jeremy Isard,

I an writing to you about Evgenii Sadrislamov. I first met him in 2019 at the Wyoming Pyrotechnic guild International (PGI)convention and again in 2020 and every year since. I found him to be honest and sincere. I also met his mother a very nice lady. I do feel sorry for both of them. All they wanted to do was start a new life in America. And this happened.

He has always had a deep and sincere interest in fireworks since his childhood. Absolutely nothing to do with terrorism at all. Just an extreme interest in fireworks and things related to fireworks. Sometimes this fireworks love, passion, obsession can become a disease when this is just about all you think about.

Please do the best you can do for him. I hope you can make the judge understand what he is about. He is a good guy, and made a big mistake, which he will have to deal for the rest of his life. What a shame.

Thank you for your time

Sincerely, Tom Rebenklau

Please let me know if you get this letter. I am not good with computers and want to know you got this. Thank you once again Tom Rebenklau

Exhibit H

Hi, Jeremy.

I understand you are representing Ev, who we in the fireworking community know as Eugene, in his court case.

We know Ev as a passionate hobbyist fireworker, working on creating fireworks and unique effects to be creative, and to entertain people.

I have encountered Ev at various pyrotechnic events, including the Pyrotechnics Guild International convention, and have watched him work tirelessly on his small rockets and aerial shells.

I would bet good money that Ev never had any malicious intent in his fireworking endeavors.

Did he do something stupid, working at home where he was, especially after his first offense?

Yes.

But all of us have done some things stupid in our lives.

Does Ev deserve some consequences for his stupid actions?

Yes.

But, I'd hate to see him shipped back to Russia to be enlisted and sent to those horrible front lines where so many innocent young people are getting killed.

I'd hope that a firm slap on the hand would teach Ev his hard lesson this time around.

If this note can help Ev's case in any way, that would be my intention.

Ned Gorski

PGI Grand Master

Host of Fireworking.com, an online discussion forum for passionate hobbyist fireworkers.

Exhibit I

Letter of recommendation for the trial Evgenii Sadrislamov.

My name is Veprev Semen Aleksandrovich. I am a professional pyrotechnician and rocket engineer. Here is my YouTube channel:
https://youtube.com/@mrniladmirari

I have known Evgenii Sadrislamov for many years. He has been involved in pyrotechnics for a long time. Gradually improving his knowledge and skills. And achieved great success. Evgenii Sadrislamov is the second Russian-speaking person in the world who made a 16-inch fireworks display. He has never been involved in the manufacture of explosives. Evgenii Sadrislamov does not have terrorist views. He is a mentally healthy and adequate person. Evgenii Sadrislamov loves the USA for its opportunities and rights.

He does not hide his pyrotechnic activities. While in the USA, Evgenii Sadrislamov officially became a member of Pyrotechnics Guild International (PGI) and participated in their activities several times. He tried to get a job at a pyrotechnic plant in USA, but they did not answer him.

Evgenii Sadrislamov was researching new unknown pyrotechnic compositions, so he had trouble in the form of a fire. I believe that he does not pose a threat to public order in the USA. He has no bad intentions against people. The maximum punishment he needs is a fine. There is no need to deprive him of his freedom.

I believe his research activities can be useful for the development of USA technologies. But his work should be under the control of the PGI or other official organizations.

06.08.2025.                    Veprev Semen